APPEAL,CLOSED,COLLATERAL,CONFLICT–FD,INTAPP,MAGAPP,PBrecused,SMrecused

# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00041–JL</u>–1

Case title: USA v. Freeman et al

Date Filed: 03/15/2021

Date Terminated: 10/05/2023

---

Assigned to: Judge Joseph N. Laplante

Appeals court case number: No. 23–1771 Court of Appeals

**Defendant (1)**

**Ian Freeman**
*TERMINATED: 10/05/2023*
*formerly known as*
Ian Bernard
*TERMINATED: 10/05/2023*

represented by **Mark L. Sisti**
Sisti Law Offices
387 Dover Rd
Chichester, NH 03258
603 224–4220
Email: info@sistilawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard Guerriero**
Lothstein Guerriero
39 Central Sq, Ste 202
Keene, NH 03431
603 352–5000
Email: richard@nhdefender.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18 U.S.C. §§ 371, 1960(a) and (b)(1)(B) – Conspiracy to Operate Unlicensed Money Transmitting Business
(1s)

18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) – Operation of Unlicensed Money Transmitting Business
(2s)

**Disposition**

Term of Imprisonment 96 months. Supervised Release 2 years with standard and special conditions. Special Assessment $700.00. Fine $10,000.00. Restitution and Forfeiture are ordered, however they are deferred until further hearing. AMENDED JUDGMENT: Fine corrected to $40,000.00.

Term of Imprisonment 96 months. Supervised Release 2 years with standard and special conditions. Special Assessment $700.00. Fine $10,000.00. Restitution and Forfeiture are ordered, however they are deferred until further hearing. AMENDED JUDGMENT: Fine corrected to

|  |  |
|---|---|
|  | $40,000.00. |
| 26 U.S.C. § 7201 – Attempt to Evade or Defeat Tax (29s–32s) | Term of Imprisonment 96 months. Supervised Release 2 years with standard and special conditions. Special Assessment $700.00. Fine $10,000.00. Restitution and Forfeiture are ordered, however they are deferred until further hearing. AMENDED JUDGMENT: Fine corrected to $40,000.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. §§ 371, 1960(a) and (b)(1)(B) – Conspiracy to Operate Unlicensed Money Transmitting Business (1) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) – Operation of Unlicensed Money Transmitting Business (2) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. §§ 1343, 1349 – Conspiracy to Commit Wire Fraud (4) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. §§ 1343, 1344, 1349 – Conspiracy to Commit Wire Fraud and Bank Fraud (4s) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. § 1343– Wire Fraud (5–7) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. §§ 1343 – Wire Fraud (5s–20s) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. § 1343– Wire Fraud (10) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. § 1343– Wire Fraud (14–15) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. § 225 – Continuing Financial Crimes Enterprise (19) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. § 1956(a)(3)(B) – Money Laundering (20) | Dismissed pursuant to LR 48.1. |
|  | Dismissed by order of the court dated 8/22/2023. |

| | |
|---|---|
| 18 U.S.C. § 1956(a)(3)(B) – Money Laundering (21s) | |
| 18 U.S.C. § 1957 – Money Laundering (22s–27s) | Dismissed pursuant to LR 48.1. |
| 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering (28s) | Term of Imprisonment 96 months. Supervised Release 2 years with standard and special conditions. Special Assessment $700.00. Fine $10,000.00. Restitution and Forfeiture are ordered, however they are deferred until further hearing. AMENDED JUDGMENT: Fine corrected to $40,000.00. |
| 18 U.S.C. § 225 – Continuing Financial Crimes Enterprise (33s) | Dismissed pursuant to LR 48.1. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Georgiana MacDonald**<br>US Attorney's Office (NH)<br>James C Cleveland Federal Bldg<br>53 Pleasant St, 4th Flr<br>Concord, NH 03301<br>603 230–2582<br>Email: georgiana.macdonald@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Seth R. Aframe**<br>US Attorney's Office (NH)<br>James C Cleveland Federal Bldg<br>53 Pleasant St, 4th Flr<br>Concord, NH 03301<br>603 230–2532<br>Email: seth.aframe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

**John J Kennedy**
DOJ–USAO
53 Pleasant Street
Ste 4th Floor
Concord, NH 03301
603–225–1552
Email: john.kennedy2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael T. McCormack**
US Attorney's Office (NH)
James C Cleveland Federal Bldg
53 Pleasant St, 4th Flr
Concord, NH 03301
603 225–1552
Email: michael.mccormack2@usdoj.gov

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2021 | 1 | **INDICTMENT as to Ian Freeman (1) count(s) 1, 2, 4, 5–7, 10, 14–15, 19, 20, with Notice of Forfeiture, Colleen Fordham (2) count(s) 1, 4, 11–13, Renee Spinella (3) count(s) 1, 4, 8, 10, Andrew Spinella (4) count(s) 1, 4, 9, FNU Nobody (5) count(s) 1, 4, 16–18, Aria DiMezzo (6) count(s) 1, 3.** *Original document available in clerks office.***(cmp)** Modified on 3/16/2021 to : UNSEAL (bt). Modified on 3/18/2021 to add Notice of Forfeiture text (jb). (Entered: 03/16/2021) |
| 03/15/2021 | 3 | MOTION to Seal Case at Level II until defendant is taken into custody by USA as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, FNU Nobody, Aria DiMezzo. (cmp) (Entered: 03/16/2021) |
| 03/15/2021 | | **ENDORSED ORDER granting 3 Motion to Seal Case at Level II as to Ian Freeman (1), Colleen Fordham (2), Renee Spinella (3), Andrew Spinella (4), FNU Nobody (5), Aria DiMezzo (6).** *Text of Order: Granted.* **So Ordered by Magistrate Judge Andrea K. Johnstone. (cmp)** (Entered: 03/16/2021) |
| 03/15/2021 | 4 | Praecipe for Warrant by USA as to Ian Freeman. (cmp) (Entered: 03/16/2021) |
| 03/15/2021 | | Arrest Warrant Issued as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, FNU Nobody, Aria DiMezzo. Original warrant and copies to US Marshal and US Probation.(cmp) (Entered: 03/16/2021) |
| 03/16/2021 | | Arrest of Ian Freeman. (bt) (Entered: 03/16/2021) |
| 03/16/2021 | | Case unsealed as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, FNU Nobody, Aria DiMezzo. NOTICE to Attorneys of Record: The case has been unsealed. All defendants are in custody. All future pleadings shall be filed in accordance with this district's Administrative Procedures for Electronic Case Filing. (bt) (Entered: 03/16/2021) |
| 03/16/2021 | | NOTICE OF HEARING as to Ian Freeman. Initial Appearance/Arraignment via video conference set for 3/16/2021 04:30 PM before Magistrate Judge Andrea K. Johnstone. (bt) (Entered: 03/16/2021) |
| 03/16/2021 | 10 | **PUBLIC ACCESS FINDINGS as to Ian Freeman. So Ordered by Magistrate Judge Andrea K. Johnstone. (bt)** (Entered: 03/16/2021) |

| 03/16/2021 | | ORAL: Consent to Video/Telephonic Conference and Waiver of Right to Appear in Person for Initial Appearance Fed. R. Crim. P. 5, Arraignment Fed. R. Crim. P. 10, as to Ian Freeman. (bt) (Entered: 03/17/2021) |
|---|---|---|
| 03/16/2021 | | **ENDORSED ORDER approving: ORAL Consent to Video/Telephonic Conference Waiver to Appear in Person.** *Text of Order: Approved* **So Ordered by Magistrate Judge Andrea K. Johnstone. (bt)** (Entered: 03/17/2021) |
| 03/16/2021 | | Minute Entry for proceedings held before Magistrate Judge Andrea K. Johnstone: INITIAL APPEARANCE and ARRAIGNMENT via video conference as to Ian Freeman (1) Count 1,2,4,5−7,10,14−15,19,20 held on 3/16/2021. Defendant consented to a hearing by video and waived an in−court hearing. Defendant advised of rights & charges, waived reading of indictment, and pled not guilty. Prosecutor's Brady disclosure obligations confirmed. Upon motion of the government defendant is temporarily detained pending detention hearing on 3/19/2021. Trial Date: 5/4/2021, 7−10 Days. Case is assigned to the Complex Case Track. (Court Reporter: Brenda Hancock) (Govt Atty: Georgiana MacDonald) (Defts Atty: Mark Sisti) (USP: Eric Gray)(Total Hearing Time: 14 Minutes) (bt) (Entered: 03/17/2021) |
| 03/16/2021 | | **ENDORSED ORDER As to Ian Freeman: Pursuant to FRCrP 5. In compliance with the Due Process Protections Act, the court issues the following Order: Consistent with Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant. This information includes, but is not limited to, evidence that is material and is favorable to the accused. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings and/or sanctions by the court. So Ordered by Magistrate Judge Andrea K. Johnstone. (bt)** (Entered: 03/17/2021) |
| 03/16/2021 | <u>27</u> | **ORDER OF TEMPORARY DETENTION as to Ian Freeman. Detention Hearing set via video conference set for 3/19/2021 03:00 PM before Magistrate Judge Andrea K. Johnstone. So Ordered by Magistrate Judge Andrea K. Johnstone. (bt)** (Entered: 03/17/2021) |
| 03/19/2021 | <u>32</u> | Consent to Video/Telephonic Conference & Waiver of Right to Appear in Person by Ian Freeman (Sisti, Mark) (Entered: 03/19/2021) |
| 03/19/2021 | <u>33</u> | **PUBLIC ACCESS FINDINGS as to Ian Freeman. So Ordered by Magistrate Judge Andrea K. Johnstone. (kad)** (Entered: 03/19/2021) |
| 03/19/2021 | <u>34</u> | Arrest Warrant Returned Executed on 3/16/2021 as to Ian Freeman.(jb) (Entered: 03/19/2021) |
| 03/19/2021 | | Minute Entry for proceedings held before Magistrate Judge Andrea K. Johnstone: DETENTION HEARING via Video as to Ian Freeman held on 3/19/2021. The defendant consented to a hearing by video and waived an in−court hearing. Detention hearing held. The court took the matter under advisement. (Court Reporter: Brenda Hancock) (Govt Atty: Georgiana MacDonald, Seth Aframe) (Defts Atty: Mark Sisti) (USP: Karin Hess)(Total Hearing Time: 1 hr. 4 min.) (kad) (Entered: 03/19/2021) |
| 03/23/2021 | | TRIAL NOTICE: Jury Selection/Trial set for two week period beginning 5/4/2021 at 09:30 AM before Judge Joseph N. Laplante. Final Pretrial Conference set for 4/26/2021 09:00 AM before Judge Joseph N. Laplante. JERS Statement due 4/26/2021.Any motion to continue shall be filed 1 week before the Final Pretrial |

| | | |
|---|---|---|
| | | Conference or the Final Pretrial will be held as scheduled. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than 10 days prior to the Final Pretrial Conference. Objections to motions in limine shall be filed no later than 3 days prior to the final pretrial conference.(cmp) (Entered: 03/23/2021) |
| 03/23/2021 | | NOTICE OF HEARING as to Ian Freeman. In Chambers Conference via Video (Counsel Only) set for 3/24/2021 11:00 AM before Magistrate Judge Andrea K. Johnstone. (kad) (Entered: 03/23/2021) |
| 03/24/2021 | | Minute Entry for proceedings held before Magistrate Judge Andrea K. Johnstone: In Chambers Conference via Video (counsel only) as to Ian Freeman held on 3/24/2021. (Court Reporter: Brenda Hancock) (Govt Atty: Georgiana MacDonald, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 6 min.) (kad) (Entered: 03/24/2021) |
| 03/24/2021 | | **ENDORSED ORDER re Trial Status. This case is scheduled for trial in May, 2021. On or before 4/5/2021, counsel shall file either a motion to continue or, if the case is ready to proceed to trial as scheduled, a Joint Trial Status Report. Counsel shall meet and confer, and defense counsel shall confer with the defendant, prior to making any submission pursuant to this order. The information provided in the Joint Trial Status Report will be used to assign this case priority on the May trial list. So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 03/24/2021) |
| 03/24/2021 | | NOTICE OF HEARING as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. In Chambers Video–Conference (re: Complex Criminal Case) set for 4/2/2021 at 03:30 PM before Judge Joseph N. Laplante. (cmp) (Entered: 03/24/2021) |
| 03/29/2021 | 40 | **ORDER OF DETENTION PENDING TRIAL as to Ian Freeman. So Ordered by Magistrate Judge Andrea K. Johnstone. (jb)** (Entered: 03/29/2021) |
| 03/31/2021 | 41 | NOTICE OF ATTORNEY APPEARANCE John J Kennedy appearing for USA. Attorney John J Kennedy added to party USA(pty:pla).(Kennedy, John) (Entered: 03/31/2021) |
| 04/05/2021 | | RESCHEDULING NOTICE OF HEARING as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. In Chambers Scheduling Conference (re: Complex Criminal case)(Counsel only) set for 4/8/2021 at 03:00 PM before Judge Joseph N. Laplante. (cmp) (Entered: 04/05/2021) |
| 04/07/2021 | 45 | FILED IN ERROR. REPLACED BY DOC 46 – APPEAL OF MAGISTRATE JUDGE DECISION in Misdemeanor case to District Court by Ian Freeman (Filing fee $ 39, receipt number ANHDC–2100701.) (Sisti, Mark) Modified on 4/8/2021 to add: FILED IN ERROR. REPLACED BY DOC 46 (cmp). (Entered: 04/07/2021) |
| 04/08/2021 | | NOTICE of ECF Filing Error re: 45 Appeal of Magistrate Judge Decision (Misdemeanor) to District Court filed by Ian Freeman. Filer used wrong event. Filer shall refile using the *Motion event and ask for appropriate releif, i.e. (to Revoke Detention Order)* and enter in docket text: *Replaces document no. 45*. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1488. (cmp) (Entered: 04/08/2021) |
| 04/08/2021 | 46 | MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention by Ian Freeman. **HEARING REQUESTED.**Follow up on Objection on |

| | | |
|---|---|---|
| | | 4/22/2021. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 04/08/2021) |
| 04/08/2021 | 47 | MOTION Motion for Refund of Filing Fee by Ian Freeman.Follow up on Objection on 4/22/2021. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 04/08/2021) |
| 04/08/2021 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo held on 4/8/2021 (Govt Atty: Seth Aframe, AUSA, Georgiana MacDonald, AUSA, John Kennedy, AUSA) (Defts Atty: Mark Sisti, Esq., Matthew Stachowske, Esq., Kirsten Wilson, Esq., John Newman, Esq., Patrick Richard, Esq., Richard Guerriero, Esq.)(Total Hearing Time: 20 minutes)(CJA Time: 30 minutes). Further In Chambers Conference re: Complex criminal case to be set in 60 days. (cmp) (Entered: 04/08/2021) |
| 04/08/2021 | | NOTICE OF HEARING as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. Further In Chambers Video–Conference (Counsel only) re: Complex Criminal Case (pursuant to LCrR 10.2) set for 6/8/2021 at 04:00 PM before Judge Joseph N. Laplante. (cmp) (Entered: 04/08/2021) |
| 04/21/2021 | 48 | Assented to MOTION to Continue Trial 6 Months (Waiver of Speedy Trial to be filed conventionally)by USA as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. (MacDonald, Georgiana) (Entered: 04/21/2021) |
| 04/22/2021 | 49 | OBJECTION by USA as to Ian Freeman re 46 MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention . (Attachments: # 1 Exhibit)(MacDonald, Georgiana) (Entered: 04/22/2021) |
| 04/22/2021 | | **ENDORSED ORDER granting 48 Motion to Continue Trial in the interest of justice as to Ian Freeman (1), Colleen Fordham (2), Renee Spinella (3), Andrew Spinella (4), Nobody (5), Aria DiMezzo (6). *Text of Order: Granted. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.* So Ordered by Judge Joseph N. Laplante. Final Pretrial Conference reset for 10/26/2021 09:00 AM before Judge Joseph N. Laplante. JERS Statement due 10/26/2021. Jury Selection/Trial set for two week period beginning 11/2/2021 09:30 AM before Judge Joseph N. Laplante. Waiver of Speedy Trial due 5/6/2021. (cmp)** (Entered: 04/23/2021) |
| 04/22/2021 | | **ENDORSED ORDER granting 47 MOTION for Refund of Filing Fee as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (cmp)** (Entered: 04/23/2021) |
| 04/22/2021 | | **ENDORSED ORDER re 46 MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention as to Ian Freeman (1). *Text of Order: The Clerk shall schedule a hearing.* So Ordered by Judge Joseph N. Laplante. (cmp)** (Entered: 04/23/2021) |
| 04/23/2021 | 50 | REPLY TO OBJECTION to Motion by Ian Freeman re 46 MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention . (Sisti, Mark) (Entered: 04/23/2021) |
| 04/26/2021 | | |

| | | |
|---|---|---|
| | | NOTICE OF VIDEO–CONFERENCE HEARING ON MOTION as to Ian Freeman re: 46 MOTION to Revoke Magistrate Judge Detention Order re 40 Order of Detention . Video–Conference Motion Hearing set for 5/3/2021 at 01:30 PM before Judge Joseph N. Laplante. (cmp) (Entered: 04/26/2021) |
| 04/26/2021 | 51 | Assented to MOTION for Protective Order by USA as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. (Attachments: # 1 Proposed Order) (MacDonald, Georgiana) (Entered: 04/26/2021) |
| 04/28/2021 | 52 | Waiver of Speedy Trial by Ian Freeman (Sisti, Mark) (Entered: 04/28/2021) |
| 04/29/2021 | | **RESCHEDULING NOTICE OF HEARING ON MOTION** as to Ian Freeman re: 46 MOTION to Revoke Magistrate Judge Detention Order re 40 Order of Detention. Motion Hearing via video–conference set for 5/10/2021 at 02:00 PM before Judge Joseph N. Laplante. (jb) (Entered: 04/29/2021) |
| 04/29/2021 | | **ENDORSED ORDER granting 51 Assented to Motion for Protective Order as to Ian Freeman (1), Colleen Fordham (2), Renee Spinella (3), Andrew Spinella (4), Nobody (5), Aria DiMezzo (6). *Text of Order: Granted*. So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 04/30/2021) |
| 04/29/2021 | 53 | **PROTECTIVE ORDER re documents produced in discovery as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 04/30/2021) |
| 05/10/2021 | 56 | ADDENDUM (Exhibits) to 46 MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention by Ian Freeman. (Main Document, Exhibit 1 – 11.10.17 Letter, Attachments: # 1 Exhibit 2, 11.15.17 bank statement)(cmp) (Entered: 05/11/2021) |
| 05/10/2021 | 57 | ADDENDUM (Exhibit – 7.13.18 Letter)to 49 Objection to Motion by USA as to Ian Freeman. (cmp) (Entered: 05/11/2021) |
| 05/10/2021 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: MOTION HEARING as to Ian Freeman held on 5/10/2021 re 46 MOTION to Revoke Magistrate Judge Detention Order re 40 Order of Detention . Counsel to provide proposed release conditions for the court to review by noon on Thursday 5.13.2021. (Court Reporter: Liza W. Dubois) (Govt Atty: Georgiana Konesky, AUSA, Seth Aframe AUSA) (Defts Atty: Mark Sisti, Esq.) (USP: Karin Hess)(Total Hearing Time: 1 hour 25 minutes) (cmp) (Entered: 05/11/2021) |
| 05/12/2021 | 60 | Government's Response to Request for Proposed Release Conditions by USA as to Ian Freeman (Attachments: # 1 Exhibit NIBT Account Application, # 2 Exhibit Proposed Order Setting Conditions of Release)(Kennedy, John) Modified on 5/13/2021 to remove co–defendant names: (jb). (Entered: 05/12/2021) |
| 05/13/2021 | 61 | RESPONSE to Motion by Ian Freeman re 46 MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention *Defendant's Comment on Government's Proposed Release Conditions Pleading*. (Sisti, Mark) (Entered: 05/13/2021) |
| 05/13/2021 | | **ENDORSED ORDER as to Ian Freeman re 60 Government's Response to Request for Proposed Release Conditions. *Text of Order: Counsel shall confer and jointly coordinate with the court for a reconvened detention review hearing next week. The court will make itself available at a time that works for counsel and the detention facility to conduct a videoconference hearing.* So Ordered by Judge** |

| | | |
|---|---|---|
| | | **Joseph N. Laplante. (jb)** (Entered: 05/13/2021) |
| 05/18/2021 | 66 | BILL OF PARTICULARS by USA as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo (MacDonald, Georgiana) (Entered: 05/18/2021) |
| 05/18/2021 | | NOTICE OF FURTHER HEARING ON MOTION as to Ian Freeman re: 46 MOTION Motion to Revoke Magistrate Judge Detention Order re 40 Order of Detention . FURTHER Motion Hearing/ Review of Detention status set for 5/20/2021 02:00 PM before Judge Joseph N. Laplante. (cmp) (Entered: 05/18/2021) |
| 05/20/2021 | | **ENDORSED ORDER as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo reviewing 66 Bill of Particulars. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 05/20/2021) |
| 05/20/2021 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: MOTION HEARING as to Ian Freeman held on 5/20/2021 re 46 MOTION to Revoke Magistrate Judge Detention Order re 40 Order of Detention .Order to issue. (Court Reporter: Liza W. Dubois) (Govt Atty: Seth Aframe, AUSA, John Kennedy, AUSA) (Defts Atty: Mark Sisti, Esq.) (USP: Karin Hess)(Total Hearing Time: 21 minutes) (cmp) (Entered: 05/21/2021) |
| 05/21/2021 | | CLERK'S NOTICE – **No Waiver of Speedy Trial Filed. The defendants are directed to file Waivers of Speedy Trial within 10 days of this notice.** **Waiver of Speedy Trial due 6/1/2021. (jb) (Entered: 05/21/2021)** |
| 05/21/2021 | 67 | **ORDER Setting Conditions of Release as to Ian Freeman. So Ordered by Judge Joseph N. Laplante. (cmp)** (Entered: 05/21/2021) |
| 05/21/2021 | 68 | COLLATERAL ITEM RECEIPT no. 584 as to Ian Freeman for Passport issued to Mark L. Sisti, Esq.(jb) (Entered: 05/21/2021) |
| 05/21/2021 | 69 | COLLATERAL ITEM RECEIPT no. 585 as to Ian Freeman for Passport issued to Mark L. Sisti, Esq.(jb) (Entered: 05/21/2021) |
| 05/21/2021 | | Cash Bond Fee paid: $ 200,000 (Cashier's Check: 208921105), receipt number 14649020474 as to Ian Freeman re Order Setting Conditions of Release. (cmp) (Entered: 05/25/2021) |
| 05/25/2021 | 70 | **AMENDED ORDER Setting Conditions of Release as to Ian Freeman (to include Judge Laplante's hand written notes.) So Ordered by Judge Joseph N. Laplante. (cmp)** (Entered: 05/25/2021) |
| 06/04/2021 | 81 | Re−filed as doc. no. 82 – Motion to Join document #80 by Ian Freeman (Sisti, Mark) Modified on 6/7/2021 to add re−filed text (jb). (Entered: 06/04/2021) |
| 06/07/2021 | | NOTICE of ECF Filing Error re: 81 Motion to Join #81 filed by Ian Freeman. Filer used wrong event. Filer shall refile using the *Motion for Miscellaneous Relief* event and text in relief requested. The filer shall re−file and and enter *Replaces document no. 81* . If the filing party has any questions concerning this notice, please contact the judge's case manager at 603−369−5374.Compliance Deadline set for 6/9/2021. (jb) (Entered: 06/07/2021) |
| 06/07/2021 | 82 | Motion to Join re 80 Motion to Modify Conditions of Release, replaces document 81 by Ian Freeman. Follow up on Objection on 6/21/2021. The court only follow up date |

| | | |
|---|---|---|
| | | DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) Modified on 6/8/2021 to modify text of document title (ko). Modified on 6/8/2021 to add re–filed text (jb). (Entered: 06/07/2021) |
| 06/08/2021 | 83 | Certification re Assent to 82 Motion to Join re 80 Motion to Modify Conditions of Release, replaces document 81 *Certification* by Ian Freeman. (Sisti, Mark) Modified on 6/8/2021 to remove docket text "Assented to MOTION Motion to Join" and add Certification docket text(ko). (Entered: 06/08/2021) |
| 06/08/2021 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo held on 6/8/2021. Counsel agreed upon a May 2022 trial date. An interim status conference to be set week of 1/17/2022. (Govt Atty: Seth Aframe, John Kennedy) (Defts Atty: Mark L. Sisti, Matthew G. Stachowske, Kirsten B. Wilson, John P. Newman, Christopher Hayden Brown, Patrick J. Richard, Richard Guerriero,)(Total Hearing Time: 10 minutes)(CJA Time: 20 minutes) (ko) (Entered: 06/10/2021) |
| 06/10/2021 | | **ENDORSED ORDER granting 82 Motion to Join re 80 Motion to Modify Conditions of Release, replaces document 81 as to Ian Freeman (1).** *Text of Order: Granted. Motion to join is granted. Counsel advised at last conference that they were attempting a negotiated resolution of the issue raised in the underlying motion.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 06/11/2021) |
| 06/11/2021 | | CLERK'S NOTICE – **No Waiver of Speedy Trial Filed. The defendants Nobody, Colleen Fordham, and Ian Freeman are directed to file a Waiver of Speedy Trial within 10 days of this notice.** **Waiver of Speedy Trial due 6/21/2021. (ko) (Entered: 06/11/2021)** |
| 06/14/2021 | 86 | RESPONSE to Motion by USA as to Ian Freeman, Aria DiMezzo re 80 MOTION to Modify Conditions of Release . (Kennedy, John) (Entered: 06/14/2021) |
| 06/15/2021 | 87 | Waiver of Speedy Trial by Ian Freeman (Sisti, Mark) (Entered: 06/15/2021) |
| 06/16/2021 | 88 | Assented to MOTION to Continue Trial to May 2022 (Waiver of Speedy Trial to be filed conventionally)by USA as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. (Kennedy, John) (Entered: 06/16/2021) |
| 06/17/2021 | 90 | **ORDER granting 88 Assented to Motion to Continue Trial in the interest of justice as to Ian Freeman (1), Colleen Fordham (2), Renee Spinella (3), Andrew Spinella (4), Nobody (5), Aria DiMezzo (6). So Ordered by Judge Joseph N. Laplante. Final Pretrial Conference reset for 4/26/2022 at 10:00 AM before Judge Joseph N. Laplante. JERS Statement due 4/26/2022. Jury Selection/Trial reset for two week period beginning 5/3/2022 at 09:30 AM before Judge Joseph N. Laplante. Waiver of Speedy Trial due 6/28/2021. (ko)** (Entered: 06/21/2021) |
| 06/21/2021 | | NOTICE OF HEARING as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. Status Conference set for 1/13/2022 at 10:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 06/21/2021) |
| 06/24/2021 | 94 | **ORDER AMENDING CONDITIONS OF RELEASE FOR ARIA DIMEZZO AND IAN FREEMAN as to Ian Freeman, Aria DiMezzo re 89 Assented to MOTION to Modify Conditions of Release** *for Aria DiMezzo and Ian Freeman.* **So Ordered by Magistrate Judge Andrea K. Johnstone. (jb)** (Entered: 06/25/2021) |
| 07/06/2021 | | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER granting 89 Motion to Modify Conditions of Release as to Ian Freeman (1), Aria DiMezzo (6); and denying as moot 80 Motion to Modify Conditions of Release as Ian Freeman (1), Aria DiMezzo (6). *Text of Order: The motion to modify 89 is granted as further modified. See Order 94 . Accordingly, doc. no. 80 is denied as moot. So Ordered by Magistrate Judge Andrea K. Johnstone. (jb)*** (Entered: 07/06/2021) |
| 09/09/2021 | 104 | WITHDRAWN. See doc. no. 106 . MOTION to Modify Conditions of Release by Ian Freeman.Follow up on Objection on 9/23/2021. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) Modified on 9/30/2021 to add: withdrawn docket text(ko). (Entered: 09/09/2021) |
| 09/20/2021 | 105 | OBJECTION by USA as to Ian Freeman re 104 MOTION to Modify Conditions of Release . (Kennedy, John) (Entered: 09/20/2021) |
| 09/23/2021 | 106 | Assented to MOTION to Withdraw Document 104 MOTION to Modify Conditions of Release by Ian Freeman. (Sisti, Mark) (Entered: 09/23/2021) |
| 09/29/2021 | | **ENDORSED ORDER granting 106 Assented to Motion to Withdraw Document 104 MOTION to Modify Conditions of Release as to Ian Freeman (1). *Text of Order: Granted. So Ordered by Judge Joseph N. Laplante. (ko)*** (Entered: 09/30/2021) |
| 10/28/2021 | | NOTICE OF VIDEO STATUS CONFERENCE as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. Status Conference set for 11/22/2021 at 09:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 10/28/2021) |
| 11/22/2021 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: STATUS CONFERENCE via video–conference as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo held on 11/22/2021. New trial date November 1, 2022 by agreement of the parties. Speedy trial waivers by 12/20/2021. Litigation schedule to be jointly filed by 12/20/2021. (Govt Atty: Seth R. Aframe, John J. Kennedy) (Defts Atty: Mark L. Sisti, Peter D. Anderson, Kirsten B. Wilson, John P. Newman, Christopher Hayden Brown, Patrick J. Richard, Richard Guerriero)(Total Hearing Time: 23 minutes)(CJA Time: 33 minutes) (jb) (Entered: 11/22/2021) |
| 11/22/2021 | | **RESCHEDULING TRIAL NOTICE:** Jury Selection/Trial reset for two week period beginning 11/1/2022 at 09:30 AM before Judge Joseph N. Laplante. Final Pretrial Conference reset for 10/25/2022 at 10:00 AM before Judge Joseph N. Laplante. JERS Statement due 10/25/2022. Any motion to continue shall be filed 1 week before the Final Pretrial Conference or the Final Pretrial will be held as scheduled. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than 10 days prior to the Final Pretrial Conference. Objections to motions in limine shall be filed no later than 3 days prior to the final pretrial conference.(jb) (Entered: 11/22/2021) |
| 12/09/2021 | 112 | Assented to MOTION to Modify Conditions of Release by Ian Freeman. (Sisti, Mark) (Entered: 12/09/2021) |
| 12/09/2021 | 114 | WAIVER of Speedy Trial by Ian Freeman. (ko) (Entered: 12/10/2021) |
| 12/10/2021 | | **ENDORSED ORDER granting 112 Assented to Motion to Modify Conditions of Release as to Ian Freeman (1). *Text of Order: Granted. Counsel shall jointly*** |

| | | |
|---|---|---|
| | | *arrange with the Probation Officer to prepare a revised OSCOR and submit it to the court for adoption.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/10/2021) |
| 12/17/2021 | 117 | Assented to MOTION Order Setting Conditions of Release by Ian Freeman. (Sisti, Mark) Modified on 3/3/2022 to add: (OSCOR attached)(ko). (Entered: 12/17/2021) |
| 12/20/2021 | 119 | Assented to MOTION for Trial Schedule by USA as to Ian Freeman, Colleen Fordham, Renee Spinella, Andrew Spinella, Nobody, Aria DiMezzo. (Kennedy, John) (Entered: 12/20/2021) |
| 12/20/2021 | 120 | **ENDORSED ORDER approving 117 Assented to MOTION Order Setting Conditions of Release as to Ian Freeman (1).** *Text of Order: Approved.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/21/2021) |
| 12/21/2021 | | **ENDORSED ORDER granting 119 Assented to MOTION for Trial Schedule as to Ian Freeman (1), Colleen Fordham (2), Renee Spinella (3), Andrew Spinella (4), Nobody (5), Aria DiMezzo (6).** *Text of Order: Granted.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/22/2021) |
| 02/24/2022 | 130 | Assented to MOTION to Modify Conditions of Release by Ian Freeman. (Sisti, Mark) (Entered: 02/24/2022) |
| 02/25/2022 | | **ENDORSED ORDER granting 130 Assented to Motion to Modify Conditions of Release as to Ian Freeman (1).** *Text of Order: Granted.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 02/25/2022) |
| 04/25/2022 | 139 | **SUPERSEDING INDICTMENT as to Ian Freeman (1) counts 1s, 2s, 4s, 5s–20s, 21s, 22s–27s, 28s, 29s–32s, 33s, Aria DiMezzo (6) counts 1s, 3s, 5s–20s, 22s–27s, with Notice of Forfeiture.** *Original document available in clerks office.***(jb)** (Entered: 04/26/2022) |
| 04/25/2022 | 141 | Praecipe for Summons by USA as to Ian Freeman. (jb) (Entered: 04/26/2022) |
| 04/26/2022 | 138 | Organizational Victim Statement for See exhibit (organizational victim) by USA as to Ian Freeman, Aria DiMezzo disclosing no parent companies, no merger agreement, and no publicly held corporation owning 10% or more of stock. (Attachments: # 1 Exhibit)(MacDonald, Georgiana) (Entered: 04/26/2022) |
| 04/26/2022 | | Summons Issued as to Ian Freeman. Initial Appearance/Arraignment set for 5/11/2022 at 10:00 AM before Magistrate Judge Andrea K. Johnstone.(jb) (Entered: 04/26/2022) |
| 04/28/2022 | | **NOTICE OF HEARING** as to Ian Freeman, Aria DiMezzo. In Chambers Conference via video–conference set for 4/29/2022 at 11:00 AM before Judge Joseph N. Laplante. (jb) (Entered: 04/28/2022) |
| 04/29/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference via video–conference as to Ian Freeman, Aria DiMezzo held on 4/29/2022 (Govt Atty: Georgiana MacDonald) (Defts Atty: Mark L. Sisti, Richard Guerriero)(Total Hearing Time: 3 minutes)(CJA Time: 16 minutes) (jb) (Entered: 04/29/2022) |
| 04/29/2022 | 144 | Summons Returned Executed on 4/28/2022 as to Ian Freeman.(jb) Modified on 4/29/2022 to correct service date (jb). (Entered: 04/29/2022) |
| 05/02/2022 | 146 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ian Freeman. (ko) (Entered: 05/03/2022) |

| | | |
|---|---|---|
| 05/03/2022 | | **ENDORSED ORDER as to Ian Freeman re 146 Waiver of Presence at Arraignment. *Text of Order: Waiver Approved.* So Ordered by Magistrate Judge Andrea K. Johnstone. (ko)** (Entered: 05/03/2022) |
| 05/13/2022 | 147 | MOTION to Modify Conditions of Release *MOTION FOR REMOVAL OF TRACKING DEVICE* by Ian Freeman.Follow up on Objection on 5/27/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 05/13/2022) |
| 05/18/2022 | 148 | WAIVER OF ANY CONFLICT REGARDING BANKS UTILIZED BY JUDGE LAPLANTE *WAIVER OF ANY CONFLICT REGARDING BANKS UTILIZED BY JUDGE LAPLANTE* by Ian Freeman.Follow up on Objection on 6/1/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) Modified on 5/18/2022 to remove: MOTION to Waive from docket text (ko). (Entered: 05/18/2022) |
| 05/18/2022 | | NOTICE of ECF Filing Error re: 148 MOTION to Waive WAIVER OF ANY CONFLICT REGARDING BANKS UTILIZED BY JUDGE LAPLANTE *WAIVER OF ANY CONFLICT REGARDING BANKS UTILIZED BY JUDGE LAPLANTE* filed by Ian Freeman. Filer used the wrong event. Filer should have used Waiver of. NO ACTION REQUIRED – FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1423. (ko) (Entered: 05/18/2022) |
| 05/27/2022 | 151 | OBJECTION by USA as to Ian Freeman re 147 MOTION to Modify Conditions of Release *MOTION FOR REMOVAL OF TRACKING DEVICE* . (MacDonald, Georgiana) (Entered: 05/27/2022) |
| 05/31/2022 | | **ENDORSED ORDER as to Ian Freeman re 147 MOTION to Modify Conditions of Release *MOTION FOR REMOVAL OF TRACKING DEVICE*. *Text of Order: While the court is disinclined to grant the relief requested based on the filings, the motion arguably requested a hearing, so the clerk is instructed to schedule one.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 06/01/2022) |
| 06/01/2022 | | NOTICE OF HEARING ON MOTION as to Ian Freeman re: 147 MOTION to Modify Conditions of Release *MOTION FOR REMOVAL OF TRACKING DEVICE*. Motion Hearing set for 6/10/2022 at 02:00 PM before Judge Joseph N. Laplante. (ko) (Entered: 06/01/2022) |
| 06/06/2022 | 153 | Assented to MOTION to Continue Hearing on Motion To Remove Tracking Device by Ian Freeman. (Sisti, Mark) (Entered: 06/06/2022) |
| 06/07/2022 | | **ENDORSED ORDER granting re 153 Assented to MOTION to Continue Hearing on Motion To Remove Tracking Device as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. Motion Hearing reset for 6/17/2022 at 01:15 PM before Judge Joseph N. Laplante. (ko)** (Entered: 06/07/2022) |
| 06/13/2022 | | RESCHEDULING NOTICE OF HEARING ON MOTION as to Ian Freeman re: 147 MOTION to Modify Conditions of Release *MOTION FOR REMOVAL OF TRACKING DEVICE*. Motion Hearing reset for 6/28/2022 at 03:00 PM (from 6/17/2022) before Judge Joseph N. Laplante. (ko) (Entered: 06/13/2022) |
| 06/28/2022 | | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Joseph N. Laplante: MOTION HEARING as to Ian Freeman held on 6/28/2022 re 147 MOTION to Modify Conditions of Release *MOTION FOR REMOVAL OF TRACKING DEVICE*. Order to issue. (Court Reporter: Susan Bateman) (Govt Atty: Georgiana MacDonald, John Kennedy) (Defts Atty: Mark Sisti) (USP: Scott Davidson)(Total Hearing Time: 35 minutes) (ko) (Entered: 07/01/2022) |
| 07/01/2022 | 160 | Signed Order Setting Conditions of Release by Ian Freeman (Sisti, Mark) (Entered: 07/01/2022) |
| 07/05/2022 | 161 | **ORDER Setting Conditions of Release as to Ian Freeman. So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 07/05/2022) |
| 07/12/2022 | 162 | Assented to MOTION Correct Order Setting Conditions of Release by USA as to Ian Freeman. (Attachments: # 1 Proposed Order) (MacDonald, Georgiana) (Entered: 07/12/2022) |
| 07/12/2022 | | **ORDER granting 162 Assented to MOTION Correct Order Setting Conditions of Release as to Ian Freeman (1). *The clerk shall schedule a conference (in−court or Zoom, counsel's preference) which the defendant shall attend. Counsel shall confer to provide suitable dates to the Deputy Clerk.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 07/12/2022) |
| 07/12/2022 | 163 | Order Setting Conditions of Release by Ian Freeman (Sisti, Mark) (Entered: 07/12/2022) |
| 07/12/2022 | 164 | **AMENDED ORDER Setting Conditions of Release as to Ian Freeman. So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 07/12/2022) |
| 07/12/2022 | | **NOTICE OF HEARING** as to Ian Freeman. Status Conference via video−conference set for 7/15/2022 at 10:00 AM before Judge Joseph N. Laplante. (jb) (Entered: 07/12/2022) |
| 07/15/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: STATUS CONFERENCE via video−conference as to Ian Freeman held on 7/15/2022. (Court Reporter: Susan Bateman) (Govt Atty: Georgiana Konesky, Seth R. Aframe) (Defts Atty: Mark L. Sisti) (USP: Karin Hess)(Total Hearing Time: 10 minutes) (jb) (Entered: 07/15/2022) |
| 07/20/2022 | 168 | Assented to MOTION to Extend Time DEADLINE TO FILE MOTIONS by Ian Freeman. (Sisti, Mark) (Entered: 07/20/2022) |
| 07/21/2022 | | **ENDORSED ORDER granting 168 Assented to Motion to Extend Time Deadline to File Motions as to Ian Freeman (1). *Text of Order: Granted. Counsel shall file their response(s) by August 24, 2022.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 07/21/2022) |
| 07/29/2022 | 174 | MOTION for Bill of Particulars *and Names of Witnesses* by Ian Freeman.Follow up on Objection on 8/12/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 07/29/2022) |
| 07/29/2022 | 175 | REFILED SEE DOC. NO. 181 . NOTICE of Defense − Public Authority Defense by Ian Freeman. (Attachments: # 1 Exhibit Letter from Attorney Seth Hipple)(Sisti, Mark) Modified on 8/1/2022 to add: refiled docket text(ko). (Entered: 07/29/2022) |

| 07/29/2022 | 177 | MOTION for Joinder *MOTION TO JOIN MOTION TO DISMISS FILED BY ARIA DIMEZZO* by Ian Freeman.Follow up on Objection on 8/12/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 07/29/2022) |
|---|---|---|
| 07/29/2022 | 181 | REFILED SEE DOC. NO. 183 . NOTICE of DEFENSE PUBLIC AUTHORITY DEFENSE (Corrected) by Ian Freeman. (Sisti, Mark) Modified on 8/1/2022 to add: refiled docket text(ko). (Entered: 07/29/2022) |
| 07/29/2022 | 182 | MOTION for Joinder *MOTION TO JOIN DAUBERT MOTION* by Ian Freeman.Follow up on Objection on 8/12/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 07/29/2022) |
| 07/29/2022 | 183 | NOTICE of PUBLIC AUTHORITY DEFENSE *(Corrected with attachment)* by Ian Freeman. (Attachments: # 1 Exhibit Letter from Attorney Seth Hipple)(Sisti, Mark) (Entered: 07/29/2022) |
| 08/01/2022 | | ACTION REQUIRED – NOTICE Nonconforming Document re 177 MOTION for Joinder *MOTION TO JOIN MOTION TO DISMISS FILED BY ARIA DIMEZZO* filed by Ian Freeman, 182 MOTION for Joinder *MOTION TO JOIN DAUBERT MOTION* filed by Ian Freeman. The documents fails to comply with LR 7.1–No statement of concurrence was included. File statement as addendum using the Other Documents/Addendum event and link filing to documents no. 177 & 182. The documents will remain on file. Please note that unless a document curing the defect is filed by the Notice of Compliance Deadline the matter may be referred to a judicial officer for appropriate action. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1423.Compliance Deadline set for 8/5/2022. (ko) (Entered: 08/01/2022) |
| 08/02/2022 | 184 | ADDENDUM re: 177 MOTION for Joinder *MOTION TO JOIN MOTION TO DISMISS FILED BY ARIA DIMEZZO*, 182 MOTION for Joinder *MOTION TO JOIN DAUBERT MOTION* by Ian Freeman. (Sisti, Mark) (Entered: 08/02/2022) |
| 08/03/2022 | | NOTICE OF HEARING ON MOTIONS as to Ian Freeman, Aria DiMezzo re: 174 MOTION for Bill of Particulars *and Names of Witnesses*, 176 MOTION to Dismiss *Counts One and Three*, 180 MOTION in Limine re: Daubert Challenge to Forensic Blockchain Analysis. Motion Hearing set for 9/1/2022 at 09:30 AM before Judge Joseph N. Laplante. (ko) (Entered: 08/03/2022) |
| 08/17/2022 | | AMENDED NOTICE OF HEARING ON MOTIONS as to Ian Freeman, Aria DiMezzo re: 174 MOTION for Bill of Particulars *and Names of Witnesses*, 176 MOTION to Dismiss *Counts One and Three*. Motion Hearing reset for 9/1/2022 at 10:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 08/17/2022) |
| 08/23/2022 | 195 | OBJECTION by USA as to Ian Freeman, Aria DiMezzo re 183 Notice (Other), 179 Notice (Other) . (MacDonald, Georgiana) (Entered: 08/23/2022) |
| 08/23/2022 | 196 | MOTION in Limine re: Exclude Evidence of State Law by USA as to Ian Freeman, Aria DiMezzo. **HEARING REQUESTED.**Follow up on Objection on 9/6/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (MacDonald, Georgiana) (Entered: 08/23/2022) |
| 08/23/2022 | | RESCHEDULING NOTICE OF HEARING ON MOTION as to Ian Freeman, Aria DiMezzo re: 174 MOTION for Bill of Particulars *and Names of Witnesses*, 176 |

| | | MOTION to Dismiss *Counts One and Three*, 196 MOTION in Limine re: Exclude Evidence of State Law. Motion Hearing reset for 9/1/2022 at 09:30 AM (from 10:00 AM) before Judge Joseph N. Laplante. (ko) (Entered: 08/23/2022) |
|---|---|---|
| 08/23/2022 | 197 | OBJECTION by USA as to Ian Freeman, Aria DiMezzo re 176 MOTION to Dismiss *Counts One and Three by Aria DiMezzo*. (Aframe, Seth) Modified on 8/25/2022 to add: modify link(ko). (Entered: 08/23/2022) |
| 08/23/2022 | 198 | OBJECTION by USA as to Ian Freeman re 174 MOTION for Bill of Particulars *and Names of Witnesses* . (Kennedy, John) (Entered: 08/23/2022) |
| 08/25/2022 | | **ENDORSED ORDER granting 177 Motion to Join Motion to Dismiss filed by Aria DiMezzo; granting 182 Motion to Join Daubert Motion (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 08/25/2022) |
| 09/01/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: MOTION HEARING as to Ian Freeman, Aria DiMezzo held on 9/1/2022 re 176 MOTION to Dismiss *Counts One and Three*, 174 MOTION for Bill of Particulars *and Names of Witnesses*. Motion to dismiss denied. Motion for Bill of Particulars withdrawn by agreement of counsel. A written order to issue. (Court Reporter: Susan Bateman) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Richard Guerriero, Mark Sisti)(Total Hearing Time: 1 hr., 45 minutes)(CJA Time: 2 hrs., 5 minutes) (ko) (Entered: 09/01/2022) |
| 09/14/2022 | 207 | OBJECTION by Ian Freeman re 196 MOTION in Limine re: Exclude Evidence of State Law . (Sisti, Mark) (Entered: 09/14/2022) |
| 09/15/2022 | 209 | Assented to Motion to Extend Time to Object/Respond to 180 Motion In Limine re: Daubert Challenge to Forensic Blockchain Analysis by USA as to Ian Freeman. (MacDonald, Georgiana) Modified on 9/20/2022 to link to correct motion (ko). (Entered: 09/15/2022) |
| 09/19/2022 | | **ENDORSED ORDER granting 209 Assented to Motion to Extend Time to Object/Respond to 180 Motion In Limine re: Daubert Challenge to Forensic Blockchain Analysisas to Ian Freeman (1). *Text of Order: Granted. A reasonable request after reasonable dealings between counsel.* So Ordered by Judge Joseph N. Laplante. Follow up on Objection on 9/28/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (ko)** (Entered: 09/20/2022) |
| 09/22/2022 | | **ENDORSED ORDER: *At the upcoming conference, counsel should be prepared to address the pending motion in limine (Doc. 196).* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 09/22/2022) |
| 09/23/2022 | | NOTICE OF VIDEO HEARING as to Ian Freeman. Conference set for 9/28/2022 at 04:30 PM before Judge Joseph N. Laplante. (ko) (Entered: 09/23/2022) |
| 09/26/2022 | | RESCHEDULING NOTICE OF VIDEO HEARING as to Ian Freeman. Conference reset for 9/27/2022 at 02:00 PM (from 9/28/2022) before Judge Joseph N. Laplante. (ko) (Entered: 09/26/2022) |
| 09/27/2022 | 210 | MOTION in Limine re: Preclude Jury Nullification Arguments by USA as to Ian Freeman.Follow up on Objection on 10/11/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit Aug. 23, 2022 Article, # 2 Exhibit Aug. 30, 2022 Article) (Aframe, Seth) (Entered: 09/27/2022) |

| 09/27/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: STATUS CONFERENCE as to Ian Freeman held on 9/27/2022. Counsel to notify the court by 10/12/22 re status of motion hearing. Objection due 10/19/2022. (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark L. Sisti)(Total Hearing Time: 25 minutes) (Compliance Deadline set for 10/12/2022. Follow up on Objection on 10/19/2022.) (ko) (Entered: 09/30/2022) |
|---|---|---|
| 09/27/2022 | | Oral Assented to MOTION to Continue Trial to 12/6/2022 by Ian Freeman. (ko) (Entered: 09/30/2022) |
| 09/27/2022 | 212 | **ORAL ORDER granting Oral Assented to Motion to Continue Trial in the interest of justice as to Ian Freeman (1). So Ordered by Judge Joseph N. Laplante. Final Pretrial Conference reset for 11/29/2022 at 10:00 AM before Judge Joseph N. Laplante. JERS Statement due 11/29/2022. Jury Selection/Trial reset for two week period beginning 12/6/2022 at 09:30 AM before Judge Joseph N. Laplante. Waiver of Speedy Trial due 10/7/2022. (ko)** (Entered: 09/30/2022) |
| 09/29/2022 | 211 | BILL OF PARTICULARS by USA as to Ian Freeman, Aria DiMezzo (Kennedy, John) (Entered: 09/29/2022) |
| 09/30/2022 | 213 | NOTICE of Speedy Trial Waiver by Ian Freeman. (Sisti, Mark) (Entered: 09/30/2022) |
| 09/30/2022 | | **ENDORSED ORDER as to Ian Freeman reviewing 211 Bill of Particulars. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 09/30/2022) |
| 10/06/2022 | 214 | OBJECTION by Ian Freeman re 210 MOTION in Limine re: Preclude Jury Nullification Arguments . (Sisti, Mark) (Entered: 10/06/2022) |
| 10/18/2022 | | **ENDORSED ORDER granting 216 Motion to Extend Time to Object/Respond 180 Motion in Limine re: Daubert Challenge to Forensic Blockchain Analysis to October 26, 2022 as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (Follow up on Objection on 10/26/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).).(ko)** (Entered: 10/19/2022) |
| 10/21/2022 | 217 | REPLY TO OBJECTION to Motion by USA as to Ian Freeman re 196 MOTION in Limine re: Exclude Evidence of State Law . (Attachments: # 1 Exhibit A – Seth Hipple Letter, # 2 Exhibit B – FinCEN Letter)(Aframe, Seth) (Entered: 10/21/2022) |
| 10/24/2022 | | NOTICE OF HEARING as to Ian Freeman. Evidentiary Hearing set for 11/15/2022 at 10:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 10/24/2022) |
| 10/25/2022 | 218 | WITHDRAWN. MOTION for Rule 15(a) Deposition of Mary Hurd by USA as to Ian Freeman.Follow up on Objection on 11/8/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit A – LocalBitcoin Chat, # 2 Exhibit B – FBI 302 Report) (Aframe, Seth) Modified on 11/1/2022 to add: withdrawn to docket text per 11/1/2022 endorsed order (ko). (Entered: 10/25/2022) |
| 10/25/2022 | | **ENDORSED ORDER as to Ian Freeman re 218 MOTION for Rule 15(a) Deposition of Mary Hurd. *Text of Order: Defendant may file an objection to the government's motion for Rule 15(a) deposition (doc. no. 218) on or before 3pm on October 28, 2022. The parties shall confer and work with the deputy clerk to schedule a hearing on this motion next week.* So Ordered by Judge Joseph N. Laplante. (Follow up on Objection on 10/28/2022. The court only follow up date** |

| | | |
|---|---|---|
| | | **DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).) (ko)** (Entered: 10/25/2022) |
| 10/26/2022 | 219 | OBJECTION by Ian Freeman re 218 MOTION for Rule 15(a) Deposition of Mary Hurd . (Sisti, Mark) (Entered: 10/26/2022) |
| 10/26/2022 | 220 | OBJECTION by USA as to Ian Freeman, Aria DiMezzo re 180 MOTION in Limine re: Daubert Challenge to Forensic Blockchain Analysis . (Attachments: # 1 Exhibit)(MacDonald, Georgiana) (Entered: 10/26/2022) |
| 10/27/2022 | | NOTICE OF HEARING ON MOTION as to Ian Freeman re: 218 MOTION for Rule 15(a) Deposition of Mary Hurd. Motion Hearing set for 11/3/2022 at 10:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 10/27/2022) |
| 10/31/2022 | 223 | Assented to MOTION to Withdraw Document 218 MOTION for Rule 15(a) Deposition of Mary Hurd by USA as to Ian Freeman. (Aframe, Seth) (Entered: 10/31/2022) |
| 11/01/2022 | | **ENDORSED ORDER granting 223 Assented to Motion to Withdraw Document 218 Motion for Rule 15(a) Deposition of Mary Hurd as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/01/2022) |
| 11/01/2022 | 225 | SURREPLY/RESPONSE by Ian Freeman re 217 Reply to Objection to Motion, 207 Objection to Motion. (Sisti, Mark) Modified on 11/1/2022 to add: Surreply to docket text (ko). (Entered: 11/01/2022) |
| 11/01/2022 | | NOTICE of ECF Filing Error re: 225 Response by Ian Freeman re 217 Reply to Objection to Motion, 207 Objection to Motion. Filer used the wrong event. Filer should have used Surreply to Reply. NO ACTION REQUIRED – FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE. If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–225–1423. (ko) (Entered: 11/01/2022) |
| 11/02/2022 | 226 | FINAL WITNESS LIST by USA as to Ian Freeman.(MacDonald, Georgiana) (Entered: 11/02/2022) |
| 11/03/2022 | | **ENDORSED ORDER as to Ian Freeman re 226 Witness List. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/04/2022) |
| 11/04/2022 | | RESCHEDULING NOTICE OF HEARING as to Ian Freeman. Final Pretrial Conference reset for 11/23/2022 at 10:00 AM (from 11/29/2022) before Judge Joseph N. Laplante. (ko) (Entered: 11/04/2022) |
| 11/10/2022 | | **ENDORSED ORDER as to Ian Freeman: *Counsel are advised that although it is this court's practice to provide pretrial rulings on motions in limine, the court will not be in a position to rule on the motions in limine regarding jury nullification (doc. nos. 196 & 210), unless and until it receives a proffer from the defense describing what evidence it intends to present regarding the topics described in the motions (witnesses, expected testimony, exhibits). If defense counsel is not inclined to describe that evidence, the court will not provide a pretrial ruling. If the prosecution has specific witnesses, testimony or exhibits it seeks to exclude, the court may be in a position to provide pretrial rulings thereon. Any such proffers should be provided in advance of Tuesday's hearing, if practicable.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/10/2022) |

| | | |
|---|---|---|
| 11/14/2022 | 227 | JUROR QUESTIONNAIRES: Access to this document is available to the Court and temporarily available to counsel for USA, Ian Freeman only. Note: This document contains questionnaires available at the time of filing. Any additional questionnaires collected will be provided to counsel of record by electronic supplement prior to jury selection.<br><br>**The retrieval or viewing of these questionnaires constitutes confirmation that you will adhere to L.R. 47.1, which requires that any individual given access to the questionnaires shall not disclose the questionnaires, or information contained therein, to anyone other than the attorneys, their agents, or the parties involved in trial. Violation of this rule may be treated as contempt of court.**(ko) (Entered: 11/14/2022) |
| 11/15/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: EVIDENTIARY HEARING as to Ian Freeman held on 11/28/2022. Witnesses Appearing: Erin Montgomery. (Court Reporter: Liza Dubois) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 1 hr., 6 minutes) (ko) Modified on 11/29/2022 to modify date filed (ko). (Entered: 11/28/2022) |
| 11/16/2022 | 228 | AMENDED JUROR QUESTIONNAIRES: Access to this document is available to the Court and temporarily available to counsel for USA, Ian Freeman only. Note: This document contains questionnaires available at the time of filing. Any additional questionnaires collected will be provided to counsel of record by electronic supplement prior to jury selection.<br><br>**The retrieval or viewing of these questionnaires constitutes confirmation that you will adhere to L.R. 47.1, which requires that any individual given access to the questionnaires shall not disclose the questionnaires, or information contained therein, to anyone other than the attorneys, their agents, or the parties involved in trial. Violation of this rule may be treated as contempt of court.**(ko) (Entered: 11/16/2022) |
| 11/17/2022 | 229 | EXCERPT TRANSCRIPT of Proceedings as to Ian Freeman for Evidentiary Hearing held on November 15, 2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 12/8/2022. Redacted Transcript Follow Up 12/19/2022. Release of Transcript Restriction set for 2/15/2023. (jb) (Entered: 11/17/2022) |
| 11/17/2022 | | **TRIAL REMINDER:** There is an upcoming trial in this case. Any Motion to Continue shall be filed 1 week before the Final Pretrial Conference or the Final Pretrial will be held as scheduled. Motions in limine shall be filed no later than 10 days prior to the Final Pretrial Conference. Objections to motions in limine shall be |

| | | |
|---|---|---|
| | | filed no later than 3 days prior to the Final Pretrial Conference.(jb) (Entered: 11/17/2022) |
| 11/22/2022 | | **ENDORSED ORDER denying in part re 180 MOTION in Limine re: Daubert Challenge to Forensic Blockchain Analysis as to Ian Freeman (1).** *Text of Order: Denied in part. At the hearing, the defense reduced and limited its challenge to the witness' qualifications under Rule 702, and withdrew the remainder of its challenges. To that extent, the motion is denied for the reasons stated on the record at the hearing. The witness will not be referred to or qualified as an "expert" during the trial, but the witness will be permitted to testify regarding her work and observations.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/22/2022) |
| 11/22/2022 | | **ENDORSED ORDER granting in part and denying in part re <u>210</u> MOTION in Limine re: Preclude Jury Nullification Arguments as to Ian Freeman (1).** *Text of Order: For the reasons stated at the hearing on the motion, it is granted in part and denied in part. No arguments or references to the concept of jury nullification, by name or in substance, will be permitted. As to the proffered evidence, because of the limited and minimal relevance of the evidence, the court will provide limiting instructions, curative instructions, and allow wide latitude on cross examination by the prosecution.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/22/2022) |
| 11/22/2022 | | **ENDORSED ORDER granting in part and denying in part re <u>196</u> MOTION in Limine re: Exclude Evidence of State Law as to Ian Freeman (1).** *Text of Order: For the reasons stated at the hearing on the motion, it is granted in part and denied in part. Because of the limited and minimal relevance of the evidence, the court will provide limiting instructions, curative instructions, and allow wide latitude on cross examination by the prosecution.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/22/2022) |
| 11/23/2022 | | **ENDORSED ORDER terminating <u>174</u> Motion for Bill of Particulars as to Ian Freeman (1).** *Text of Order: Resolved by agreement of the parties.* **So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 11/23/2022) |
| 11/23/2022 | <u>230</u> | **Final Pretrial Order. Motions as outlined due by 11/29/2022. Objections due by noon on 12/1/22. Exhibits and Exhibit Lists List due by 11/30/2022. Witness List due by 11/30/2022. Jury Selection/Trial set 12/6/2022 at 09:30 AM before Judge Joseph N. Laplante. So Ordered by Judge Joseph N. Laplante. (Attachments: # <u>1</u> Procedure for Marking Exhibits) (jb)** (Entered: 11/23/2022) |
| 11/23/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: FINAL PRETRIAL CONFERENCE as to Ian Freeman held on 11/23/2022. Order to Issued. (Govt Atty: Georgiana MacDonald, Seth R. Aframe, John J. Kennedy) (Defts Atty: Mark L. Sisti)(Total Hearing Time: 27 minutes) (jb) (Entered: 11/23/2022) |
| 11/23/2022 | <u>231</u> | MOTION Proposed Voir Dire Questions by USA as to Ian Freeman.Follow up on Objection on 12/7/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (MacDonald, Georgiana) (Entered: 11/23/2022) |
| 11/25/2022 | <u>232</u> | Statement Regarding Use of JERS During Trial by USA as to Ian Freeman.(MacDonald, Georgiana) (Entered: 11/25/2022) |
| 11/28/2022 | <u>233</u> | MOTION to Exclude Evidence of Bank Fraud/Wire Fraud Evidence at Trial by Ian Freeman.Follow up on Objection on 12/12/2022. The court only follow up date DOES |

| | | |
|---|---|---|
| | | NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 11/28/2022) |
| 11/28/2022 | 234 | Assented to MOTION REMOVE SPYWARE FROM DEFENDANTS ELECTRONIC DEVICES by Ian Freeman. (Sisti, Mark) (Entered: 11/28/2022) |
| 11/29/2022 | | **ENDORSED ORDER granting 234 Assented to MOTION REMOVE SPYWARE FROM DEFENDANTS ELECTRONIC DEVICES as to Ian Freeman (1). *Text of Order: Granted. The USAO shall coordinate and arrange through any involved supervisory and/or investigatory agencies.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 11/29/2022) |
| 11/29/2022 | 235 | OBJECTION by USA as to Ian Freeman re 233 MOTION to Exclude Evidence of Bank Fraud/Wire Fraud Evidence at Trial . (Aframe, Seth) (Entered: 11/29/2022) |
| 11/29/2022 | 236 | REPLACED BY 242 Amended Motion – Motion for Testimonial Immunity for Renee Spinella by USA as to Ian Freeman (Aframe, Seth) Modified on 11/29/2022 to change event to Motion (jb). Modified on 12/6/2022 to add replaced text (jb). (Entered: 11/29/2022) |
| 11/29/2022 | 237 | Assented to MOTION TO REMOVE COURT–ORDERED ELECTRONIC–MONITORING SOFTWARE FROM DEFENDANTS ELECTRONIC DEVICES re 234 Assented to MOTION REMOVE SPYWARE FROM DEFENDANTS ELECTRONIC DEVICES by Ian Freeman. (Sisti, Mark) (Entered: 11/29/2022) |
| 11/29/2022 | | NOTICE of ECF Filing Error re: 236 MOTION for Testimonial Immunity for Renee Spinella filed by USA. Filer used wrong event. In future, filer shall use the *Motion for Miscellaneous Relief* event and enter in docket text. **NO ACTION REQUIRED – FOR INFORMATIONAL PURPOSES ONLY AND MERELY INTENDED TO EDUCATE ALL PARTIES IN THE CASE.** If the filing party has any questions concerning this notice, please contact the judge's case manager at 603–369–5374. (jb) (Entered: 11/29/2022) |
| 11/29/2022 | | **ENDORSED ORDER granting 237 Assented to MOTION TO REMOVE COURT–ORDERED ELECTRONIC–MONITORING SOFTWARE FROM DEFENDANTS ELECTRONIC DEVICES re 234 Assented to MOTION REMOVE SPYWARE FROM DEFENDANTS ELECTRONIC DEVICES as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 11/29/2022) |
| 11/29/2022 | | **ENDORSED ORDER as to Ian Freeman re 236 Motion for Testimonial Immunity for Renee Spinella. *Text of Order: The defendant's response, if any shall be filed on or before December 1, 2022. The court notes that in its experience with such formal statutory immunity motions, documentation substantiating the second sentence of the motion is generally filed. The court further notes that if the defendant does not object to the motion, the court deems such documentation unnecessary.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 11/29/2022) |
| 11/30/2022 | 239 | **ORDER denying 233 MOTION to Exclude Evidence of Bank Fraud/Wire Fraud Evidence at Trial as to Ian Freeman (1). So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 11/30/2022) |
| 11/30/2022 | 240 | JURY SELECTION LIST: Access to this document is available to the Court and temporarily available to counsel for USA, Ian Freeman only. |

| | | |
|---|---|---|
| | | **Any individual given access to the list shall not disclose the information contained therein, to anyone other than the attorneys, their agents, or the parties involved in trial. Violation of this rule may be treated as contempt of court.**(ko) (Entered: 11/30/2022) |
| 11/30/2022 | 241 | FINAL WITNESS LIST by USA as to Ian Freeman.(MacDonald, Georgiana) (Entered: 11/30/2022) |
| 12/01/2022 | 242 | Amended MOTION for Testimonial Immunity for Renee Spinella *Replaces doc. no. 236 by USA as to Ian Freeman.Follow up on Objection on 12/15/2022. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit A – Immunity Letter) (Aframe, Seth) Modified on 12/6/2022 to add replaces text: (jb). (Entered: 12/01/2022)* |
| 12/01/2022 | 243 | Proposed Jury Instructions by USA as to Ian Freeman.(MacDonald, Georgiana) (Entered: 12/01/2022) |
| 12/01/2022 | 244 | FINAL WITNESS LIST by Ian Freeman.(Sisti, Mark) (Entered: 12/01/2022) |
| 12/01/2022 | 245 | OBJECTION by Ian Freeman re 242 Amended MOTION for Testimonial Immunity for Renee Spinella , 236 MOTION . (Sisti, Mark) (Entered: 12/01/2022) |
| 12/01/2022 | | **ENDORSED ORDER as to Ian Freeman re 243 Proposed Jury Instructions. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/02/2022) |
| 12/06/2022 | | **ENDORSED ORDER granting in part and denying in part 231 MOTION Proposed Voir Dire Questions as to Ian Freeman (1). *Text of Order: Granted in part, denied in part as reflected in the general voir dire* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 12/06/2022) |
| 12/06/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY SELECTION/TRIAL – Day 1 as to Ian Freeman held on 12/6/2022. Jury sworn. Exhibits read into the record. Opening statements. (Court Reporter: Susan Bateman AM, Liza Dubois PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 5 hrs., 30 minutes) (ko) (Entered: 12/07/2022) |
| 12/06/2022 | | **ORAL ORDER granting 242 Amended MOTION for Testimonial Immunity for Renee Spinella as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/08/2022) |
| 12/07/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 2 as to Ian Freeman held on 12/7/2022. Evidence introduced. Witnesses Appearing: Ali Comolli, Theodore Valahakis. (Court Reporter: Brenda Hancock AM, Susan Bateman PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 5 hrs., 52 minutes) (ko) Modified on 9/12/2023 to modify date of day 2 (ko). (Entered: 12/08/2022) |
| 12/08/2022 | | Oral Motion to Appoint Counsel for Renee Spinella re Trial Witness Representation. (ko) (Entered: 12/08/2022) |
| 12/08/2022 | | **ORAL ORDER granting Oral Motion to Appoint Counsel for Renee Spinella re Trial Witness Representation. David Rothstein appointed. Assignment accepted on 12/8/2022. So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/08/2022) |

| 12/08/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 3 as to Ian Freeman held on 12/8/2022. Evidence introduced. Witnesses Appearing: Theodore Valahakis, Katie Thibault, Kevin McCusker, Christopher Reitmann, Colleen Fordham. (Court Reporter: Liza Dubois AM, Brenda Hancock PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 5 hrs., 40 minutes) (ko) (Entered: 12/08/2022) |
| 12/09/2022 | 246 | Proposed Jury Instructions by USA as to Ian Freeman.(Aframe, Seth) (Entered: 12/09/2022) |
| 12/09/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman held on 12/9/2022 (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 2 minutes) (jb) (Entered: 12/12/2022) |
| 12/09/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 4 as to Ian Freeman held on 12/9/2022. Evidence introduced. Witnesses Appearing: Hope Cherry, Bruce Sweet, Pavel Prilotsky, Renee Spinella. (Court Reporter: Susan Bateman AM; Liza Dubois PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 5 hours, 48 minutes) (jb) (Entered: 12/12/2022) |
| 12/12/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 5 as to Ian Freeman held on 12/12/2022. Evidence introduced. Witnesses Appearing: Dustin Wong, Nick Nathan, James Rossell, Patrick Brown, Harold Jones, Melanie Neighbours, Karla Cino, Kendall McBrearty. (Court Reporter: Brenda Hancock AM, Susan Bateman PM) (Govt Atty: Seth Aframe, John Kennedy) (Defts Atty: Mark Sisti)(Total Hearing Time: 5 hrs., 33 minutes) (ko) Modified on 10/12/2023 to correct date filed (ko). (Entered: 12/13/2022) |
| 12/13/2022 | 248 | Proposed Jury Instructions by USA as to Ian Freeman.(Aframe, Seth) (Entered: 12/13/2022) |
| 12/13/2022 | 249 | AMENDED WITNESS LIST by USA as to Ian Freeman.(MacDonald, Georgiana) (Entered: 12/13/2022) |
| 12/13/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 6 as to Ian Freeman held on 12/13/2022. Evidence introduced. Witnesses Appearing: Kendall McBrearty, Danella Varel. (Court Reporter: Liza Dubois AM, Brenda Hancock PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 3 hrs., 30 minutes) (ko) Modified on 10/12/2023 to correct filed date (ko). (Entered: 12/14/2022) |
| 12/14/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 7 as to Ian Freeman held on 12/14/2022. Evidence introduced. Witnesses Appearing: Kendall McBrearty, Rebecca Ault, Kate Eyerman, Nancy Triestram, Darlene Cacace, Thomas Connolly, Colleen Rehahan. (Court Reporter: Susan Bateman AM, Liza Dubois PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 5 hrs., 12 minutes) (ko) (Entered: 12/15/2022) |
| 12/15/2022 | 250 | OBJECTION by Ian Freeman re 246 Proposed Jury Instructions, 243 Proposed Jury Instructions, 248 Proposed Jury Instructions . (Sisti, Mark) (Entered: 12/15/2022) |
| 12/15/2022 | 251 | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to Ian Freeman re <u>250</u> Objection (not to motion). (Kennedy, John) (Entered: 12/15/2022) |
| 12/16/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Charging Conference via videoconference as to Ian Freeman held on 12/16/2022 (Govt Atty: Seth R. Aframe, Georgiana MacDonald, John J. Kennedy) (Defts Atty: Mark L. Sisti)(Total Hearing Time: 15 minutes) (jb) (Entered: 12/16/2022) |
| 12/16/2022 | | **ENDORSED ORDER as to Ian Freeman reviewing <u>250</u> Objection to <u>243</u> Proposed Jury Instructions, <u>246</u> Proposed Jury Instructions. <u>248</u> Proposed Jury Instructions, and <u>251</u> Response to <u>250</u> Objection. *Text of Order: Reviewed, first charge conference held 12/16/2022.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 12/16/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 8 as to Ian Freeman held on 12/19/2022. Evidence introduced. Witnesses Appearing: Renee Spinella. Government rests. Defendant's Oral Rule 29 motion taken under advisement. (Court Reporter: Liza Dubois) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 1 hrs., 53 minutes) (ko) (Entered: 12/19/2022) |
| 12/19/2022 | | Oral Rule 29 Motion by Ian Freeman. (ko) (Entered: 12/19/2022) |
| 12/19/2022 | | **ORAL ORDER as to Ian Freeman re Oral Rule 29 Motion. *Oral Motion Taken Under Advisement.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/19/2022) |
| 12/19/2022 | <u>253</u> | FACTORS TO BE CONSIDERED WHEN CONSIDERING THE TAX EVASION CHARGES by Ian Freeman (Sisti, Mark) (Entered: 12/19/2022) |
| 12/19/2022 | <u>254</u> | RESPONSE by USA as to Ian Freeman re Order. *Supplemental Response Requested by Court Regarding Tax Issue* (Kennedy, John) (Entered: 12/19/2022) |
| 12/20/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 9 as to Ian Freeman held on 12/20/2022. Evidence introduced. Witnesses Appearing: Keith Murphy, Max Santonastaso, Edward Forster, Adam Mosher, Dael Chapman, Carolynn Ubanski, Melinda Cambriar, Ian Freeman. (Court Reporter: Susan Bateman AM, Liza Dubois PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 4 hrs., 51 minutes) (ko) Modified on 12/27/2022 to modify date filed (ko). (Entered: 12/27/2022) |
| 12/20/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman held on 12/20/2022. (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 54 minutes) (ko) (Entered: 12/27/2022) |
| 12/21/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 10 as to Ian Freeman held on 12/21/2022. Evidence introduced. Witnesses Appearing: Mohammad Ali, Paul Niwa. Closing arguments. Court charges jury. Jury retires to deliberate. Jury deliberations. Oral Rule 29 Motion Renewed by defendant. Oral Order: Motion taken under advisement. (Court Reporter: Brenda Hancock AM, Liza Dubois PM) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 4 hrs., 27 minutes) (ko) Modified on 12/27/2022 to modify date filed (ko). (Entered: 12/27/2022) |

| 12/21/2022 | 256 | Court Jury Instructions as to Ian Freeman.(ko) (Entered: 12/27/2022) |
|---|---|---|
| 12/21/2022 | 257 | TRIAL EXHIBIT LIST by USA as to Ian Freeman.(ko) (Entered: 12/27/2022) |
| 12/21/2022 | 258 | TRIAL EXHIBIT LIST by Ian Freeman.(ko) (Entered: 12/27/2022) |
| 12/21/2022 | 259 | Attorney Certification of Electronic Exhibits Submitted for Presentation Using the Jury Evidence Recording System (JERS).(ko) (Entered: 12/27/2022) |
| 12/22/2022 | | **ENDORSED ORDER as to Ian Freeman reviewing 253 FACTORS TO BE CONSIDERED WHEN CONSIDERING THE TAX EVASION CHARGES; 254 RESPONSE by USA as to Ian Freeman re Order. Supplemental Response Requested by Court Regarding Tax Issue.** *Text of Order: Reviewed.* **So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 12/22/2022) |
| 12/22/2022 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: JURY TRIAL – Day 11 as to Ian Freeman held on 12/22/2022. Jury deliberations. Jury returns verdict. Rule 29 motion still under advisement. Defendant remains released on bail conditions. (Court Reporter: Liza Dubois) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti)(Total Hearing Time: 25 minutes) (ko) (Entered: 12/27/2022) |
| 12/22/2022 | 260 | JURY VERDICT as to Ian Freeman (1) Guilty on Counts 1s,2s,21s,28s,29s–32s. (Attachments: # 1 Unredacted Verdict Form) *Document available in clerk's office.*(ko) (Entered: 12/27/2022) |
| 12/22/2022 | 261 | **ORDER Setting Conditions of Release as to Ian Freeman. So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 12/27/2022) |
| 12/22/2022 | | NOTICE OF HEARING as to Ian Freeman. Sentencing set for 4/14/2023 at 10:00 AM before Judge Joseph N. Laplante. *The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date. Defense counsel should advise the defendant that any monetary portion of the sentence will be payable only by cash, bank check, money order or debit or credit card via pay.gov (after obtaining a transaction ID from the probation officer.) No card payments can be made at the counter.(ko) (Entered: 12/27/2022)** |
| 01/19/2023 | 265 | MEMORANDUM *IN SUPPORT OF DEFENDANT'S ORAL MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29.* (Sisti, Mark) Modified on 1/19/2023 to link document to oral motion (ko). (Entered: 01/19/2023) |
| 01/31/2023 | 266 | OBJECTION by USA as to Ian Freeman re MOTION Rule 29 Motion . (Aframe, Seth) (Entered: 01/31/2023) |
| 03/01/2023 | 268 | TRANSCRIPT of Proceedings as to Ian Freeman, Aria DiMezzo for Motion Hearing held on September 1, 2022. Court Reporter: Susan M. Bateman, Telephone # 603 225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number. |

| | | |
|---|---|---|
| | | **NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/22/2023. Redacted Transcript Follow Up 4/3/2023. Release of Transcript Restriction set for 5/30/2023. (jb) (Entered: 03/02/2023) |
| 03/01/2023 | <u>269</u> | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial – Day Two – Afternoon Session held on December 7, 2022. Court Reporter: Susan M. Bateman, Telephone # 603 225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/22/2023. Redacted Transcript Follow Up 4/3/2023. Release of Transcript Restriction set for 5/30/2023. (jb) Modified on 3/2/2023 to correct hearing date (jb). (Entered: 03/02/2023) |
| 03/01/2023 | <u>270</u> | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial – Day Four – Morning Session held on December 9, 2022. Court Reporter: Susan M. Bateman, Telephone # 603 225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/22/2023. Redacted Transcript Follow Up 4/3/2023. Release of Transcript Restriction set for 5/30/2023. (jb) (Entered: 03/02/2023) |
| 03/01/2023 | <u>271</u> | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial – Day Five – Afternoon Session held on December 12, 2022. Court Reporter: Susan M. Bateman, Telephone # 603 225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.** |

| | | |
|---|---|---|
| | | Redaction Request Follow Up 3/22/2023. Redacted Transcript Follow Up 4/3/2023. Release of Transcript Restriction set for 5/30/2023. (jb) (Entered: 03/02/2023) |
| 03/01/2023 | 272 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial – Day Seven – Morning Session held on December 14, 2022. Court Reporter: Susan M. Bateman, Telephone # 603 225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/22/2023. Redacted Transcript Follow Up 4/3/2023. Release of Transcript Restriction set for 5/30/2023. (jb) (Entered: 03/02/2023) |
| 03/01/2023 | 273 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial – Day Nine – Morning Session held on December 20, 2022. Court Reporter: Susan M. Bateman, Telephone # 603 225–1453. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/22/2023. Redacted Transcript Follow Up 4/3/2023. Release of Transcript Restriction set for 5/30/2023. Follow up on Defendant Brief on 3/31/2023. (jb) (Entered: 03/02/2023) |
| 03/10/2023 | 275 | Assented to MOTION to Extend Time to Object/Respond to 274 Presentence Investigation Report,,, to for 45 Days by Ian Freeman. (Sisti, Mark) (Entered: 03/10/2023) |
| 03/10/2023 | 276 | Assented to MOTION to Continue Sentencing Hearing *until June 2023* by Ian Freeman. (Sisti, Mark) (Entered: 03/10/2023) |
| 03/10/2023 | 277 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 1 Afternoon Session held on 12/6/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from** |

| | | |
|---|---|---|
| | | **service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
| 03/10/2023 | <u>278</u> | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 3 Morning Session held on 12/8/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
| 03/10/2023 | <u>279</u> | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 4 Afternoon Session held on 12/9/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
| 03/10/2023 | <u>280</u> | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 6 Morning Session held on 12/13/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |

| 03/10/2023 | 281 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 7 Afternoon Session held on 12/14/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
|---|---|---|
| 03/10/2023 | 282 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 8 Morning Session held on 12/19/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
| 03/10/2023 | 333 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 9 Afternoon Session held on 12/20/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (ko). Modified on 8/23/2023 to add: document number (ko). (Entered: 03/10/2023) |
| 03/10/2023 | 283 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 10 Afternoon Session held on 12/21/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only |

|  |  | attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
|---|---|---|
| 03/10/2023 | 284 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 11 Jurry Verdict held on 12/22/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
| 03/10/2023 | 285 | TRANSCRIPT of Proceedings as to Ian Freeman for Evidentiary Hearing held on 11/15/2022. Court Reporter: Liza Dubois, Telephone # 603–225–1442. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 3/31/2023. Redacted Transcript Follow Up 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (ko) (Entered: 03/10/2023) |
| 03/10/2023 |  | **ENDORSED ORDER granting 275 Assented to MOTION to Extend Time to Object/Respond to 274 Presentence Investigation Report to for 45 Days as to Ian Freeman (1); granting 276 Assented to MOTION to Continue Sentencing Hearing *until June 2023* as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante. (Sentencing reset for 6/29/2023 at 10:00 AM before Judge Joseph N. Laplante. *The court has allotted 3 hours for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.*). Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date.** |

| | | |
|---|---|---|
| | | **Any response shall be filed 4 days prior to sentencing date.(ko)** (Entered: 03/13/2023) |
| 03/13/2023 | 286 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 2 Morning Session held on 12/7/2022. Court Reporter: Brenda K. Hancock, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number. <br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.** <br><br>Redaction Request Follow Up 4/3/2023. Redacted Transcript Follow Up 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (ko) (Entered: 03/13/2023) |
| 03/13/2023 | 287 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 3 Afternoon Session held on 12/8/2022. Court Reporter: Brenda K. Hancock, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number. <br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.** <br><br>Redaction Request Follow Up 4/3/2023. Redacted Transcript Follow Up 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (ko) (Entered: 03/13/2023) |
| 03/13/2023 | 288 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 5 Morning Session held on 12/12/2022. Court Reporter: Brenda K. Hancock, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number. <br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.** <br><br>Redaction Request Follow Up 4/3/2023. Redacted Transcript Follow Up 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (ko) (Entered: 03/13/2023) |
| 03/13/2023 | 289 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 6 Afternoon Session held on 12/13/2022. Court Reporter: Brenda K. Hancock, Telephone # |

| | | |
|---|---|---|
| | | 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 4/3/2023. Redacted Transcript Follow Up 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (ko) (Entered: 03/13/2023) |
| 03/13/2023 | 290 | TRANSCRIPT of Proceedings as to Ian Freeman for Jury Trial Day 10 Morning Session held on 12/21/2022. Court Reporter: Brenda K. Hancock, Telephone # 603–225–1454. Transcript is available for public inspection, but may not be copied or otherwise reproduced, at the Clerk's Office for a period of 90 days. Additionally, only attorneys of record and pro se parties with an ECF login and password who purchase a transcript from the court reporter will have access to the transcript through PACER during this 90–day period. If you would like to order a copy, please contact the court reporter at the above listed phone number.<br><br>**NOTICE: Any party who requests an original transcript has 21 days from service of this notice to determine whether it is necessary to redact any personal identifiers and, if so, to electronically file a Redaction Request.**<br><br>Redaction Request Follow Up 4/3/2023. Redacted Transcript Follow Up 4/13/2023. Release of Transcript Restriction set for 6/12/2023. (ko) (Entered: 03/13/2023) |
| 04/20/2023 | | RESCHEDULING NOTICE OF HEARING as to Ian Freeman. Sentencing reset for 7/17/2023 at 10:00 AM (from 6/29/2023) before Judge Joseph N. Laplante. *The court has allotted 4 hours for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date.(ko) (Entered: 04/20/2023)** |
| 05/02/2023 | 307 | MOTION to Modify Conditions of Release by Ian Freeman. **HEARING REQUESTED.**Follow up on Objection on 5/16/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 05/02/2023) |
| 05/11/2023 | 308 | OBJECTION by USA as to Ian Freeman re 307 MOTION to Modify Conditions of Release . (Kennedy, John) (Entered: 05/11/2023) |
| 05/23/2023 | | **ENDORSED ORDER re 307 Motion to Modify Conditions of Release as to Ian Freeman (1).** *Text of Order: Given the course of post–trial and pre–sentence supervision thus far, with which the court is satisfied in all respects, the court is inclined to replace the home confinement condition with a curfew under parameters to be suggested by the supervising Probation Officer. The court is not inclined to permit any out–of–district travel. On or before May 26, counsel shall confer with each other and with the supervising Probation Officer, and shall* |

|  |  |  |
|---|---|---|
|  |  | *formulate and submit a proposed revised OSCOR – replacing the home confinement provision with a curfew for adoption by the court. Should the parties fail to agree to proposed terms, the court will issue a revised OSCOR immediately after the Memorial Day holiday weekend.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 05/23/2023) |
| 05/25/2023 | 311 | Replaced by doc. no. 313 – **ORDER Setting Conditions of Release as to Ian Freeman. So Ordered by Judge Joseph N. Laplante. (ko)** Modified on 5/31/2023 to add replaced text (jb). (Entered: 05/30/2023) |
| 05/30/2023 | 312 | MOTION Expedited Request for Leave to Attend/Broadcast from Porcfest/Forkfest 6/15/23 – 6/25/23 by Ian Freeman.Follow up on Objection on 6/13/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Sisti, Mark) (Entered: 05/30/2023) |
| 05/30/2023 |  | **ENDORSED ORDER as to Ian Freeman re 312 MOTION Expedited Request for Leave to Attend/Broadcast from Porcfest/Forkfest 6/15/23 – 6/25/23.** *Text of Order: Government's response shall be filed by 5/31/2023.* **So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 05/30/2023) |
| 05/31/2023 | 313 | **ORDER (Corrected) Setting Conditions of Release** *Replaces doc. no. 311* **as to Ian Freeman. So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 05/31/2023) |
| 05/31/2023 | 314 | OBJECTION by USA as to Ian Freeman re 312 MOTION Expedited Request for Leave to Attend/Broadcast from Porcfest/Forkfest 6/15/23 – 6/25/23 . (Kennedy, John) (Entered: 05/31/2023) |
| 06/01/2023 |  | **ENDORSED ORDER denying re 312 MOTION Expedited Request for Leave to Attend/Broadcast from Porcfest/Forkfest 6/15/23 – 6/25/23 as to Ian Freeman (1).** *Text of Order: Denied.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 06/01/2023) |
| 06/14/2023 |  | NOTICE OF VIDEO CONFERENCE as to Ian Freeman. In Chambers Conference set for 6/16/2023 at 09:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 06/14/2023) |
| 06/16/2023 |  | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Video–Conference as to Ian Freeman held on 6/16/2023. Government's supplemental briefing due 6/23/2023. Defendant's response due by 6/30/2023. Sentencing to be rescheduled to 8/17/2023 at 10:00 a.m. (Govt Atty: Georgiana MacDonald, Seth R. Aframe, John J. Kennedy) (Defts Atty: Mark L. Sisti)(Total Hearing Time: 15 minutes) (jb) (Entered: 06/16/2023) |
| 06/16/2023 |  | **RESCHEDULING NOTICE OF HEARING** (date change) as to Ian Freeman. Sentencing reset for 8/17/2023 at 10:00 AM (from 7/17/2023) before Judge Joseph N. Laplante.*The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date. Defense counsel should advise the defendant that any monetary portion of the sentence will be payable only by cash, bank check, money order or debit or credit card via pay.gov (after obtaining a transaction ID from the probation officer.) No card payments can be made at the counter.(jb) (Entered: 06/16/2023)** |

| 06/23/2023 | 315 | REFILED SEE DOC. NO. 316 OBJECTION by USA as to Ian Freeman re MOTION Rule 29 Motion (*Supplemental*). **Certain exhibit(s) maintained conventionally in Clerks Office.** (Attachments: # 1 Exhibit Notice of Conventional FIling)(Aframe, Seth) Modified on 6/26/2023 to add: refiled docket text(ko). (Entered: 06/23/2023) |
|---|---|---|
| 06/23/2023 | 316 | OBJECTION by USA as to Ian Freeman re MOTION Rule 29 Motion *Supplemental (Replaces Doc. # 315)*. **Certain exhibit(s) maintained conventionally in Clerks Office.** (Attachments: # 1 Exhibit 1: Trial Ex. 601 – LocalBitcoins Message, # 2 Exhibit 2: Trial Ex. 602 – Bank Receipt, # 3 Exhibit 3: Trial Ex. 603 – Trading Message, # 4 Exhibit 4: Trial Ex. 604 – Bank Receipt, # 5 Exhibit 5: Trial Ex. 609B – UC Transcript, # 6 Exhibit 6: Trial Ex. 862 – Telegram Chat, # 7 Exhibit 7: Trial Ex. 863 – Telegram Chat, # 8 Exhibit 8: Trial Ex. 605 – Notice of Conventional Filing, # 9 Exhibit 9: Trial Ex. 606 – Notice of Conventional Filing, # 10 Exhibit 10: Trial Ex. 610A – Notice of Conventional Filing, # 11 Exhibit 11: Trial Transcript Day 4 (Excerpt))(Aframe, Seth) (Entered: 06/23/2023) |
| 07/03/2023 | 318 | Assented to MOTION to Extend Time to Object/Respond to 316 Objection to Motion,,, to July 7, 2023 by Ian Freeman. (Sisti, Mark) (Entered: 07/03/2023) |
| 07/05/2023 | | **ENDORSED ORDER granting 318 Assented to MOTION to Object/Respond to 316 Objection to Motion to July 7, 2023 as to Ian Freeman (1). *Text of Order: Granted.* So Ordered by Judge Joseph N. Laplante.Follow up on Objection on 7/7/2023. (jb)** (Entered: 07/05/2023) |
| 07/06/2023 | 319 | REPLY TO OBJECTION to Motion by Ian Freeman re MOTION Rule 29 Motion . (Sisti, Mark) (Entered: 07/06/2023) |
| 07/17/2023 | 321 | MOTION for Forfeiture of Money Judgment by USA as to Ian Freeman. **HEARING REQUESTED.**Follow up on Objection on 7/31/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit 1 – First Tech 8014, # 2 Exhibit 2 – First Tech 7012, # 3 Exhibit 3 – Radius 0642, # 4 Exhibit 4 – SCU xx62, # 5 Exhibit 5 – BOA 8465, # 6 Exhibit 6 – Santander 9819, # 7 Exhibit 7 – Triangle 7610–2, # 8 Exhibit 8 – AgFed 9908, # 9 Exhibit 9 – WF 7792, # 10 Exhibit 10 – SCU 6792, # 11 Exhibit 11 – DFCU 5127, # 12 Exhibit 12 – Santander 2523, # 13 Exhibit 13 – CIT 4049, # 14 Exhibit 14 – DFCU 4760, # 15 Exhibit 15 – GFA 7902, # 16 Exhibit 16 – SCU 0019, # 17 Exhibit 17 – TD Bank 2980, # 18 Exhibit 18 – TD Bank 1932, # 19 Exhibit 19 – TD Bank 8273, # 20 Exhibit 20 – TD Bank 4372, # 21 Exhibit 21 – TD Bank 4848, # 22 Exhibit 22 – BOA 8122, # 23 Exhibit 23 – JPMC 9038, # 24 Exhibit 24 – BOA 9633, # 25 Exhibit 25 – WF 8055, # 26 Exhibit 26 – WF 3193, # 27 Exhibit 27 – SCU 9598, # 28 Exhibit 28 – DCFU 0897, # 29 Exhibit 29 – Citizens 4521, # 30 Exhibit 30 – WF 5556) (Kennedy, John) (Entered: 07/17/2023) |
| 07/28/2023 | | **ENDORSED ORDER as to Ian Freeman re 265 MEMORANDUM IN SUPPORT OF DEFENDANT'S ORAL MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29. *Text of Order: Counsel are notified that the court intends to grant the defendant's motion for judgment of acquittal under Rule 29 (doc. no. 265 ) with respect to Count 3 of the indictment alleging Money Laundering. This notice is issued to enable the Probation Officer to account for this expected ruling (which will be included in the court's order on the motion to dismiss, doc. no. 176 ) in the Presentence Report while maintaining the currently scheduled sentencing date.* So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 07/28/2023) |

| 07/31/2023 | | NOTICE OF VIDEO CONFERENCE as to Ian Freeman. In Chambers Conference set for 8/2/2023 at 08:30 AM before Judge Joseph N. Laplante. (ko) (Entered: 07/31/2023) |
|---|---|---|
| 08/02/2023 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman held on 8/2/2023. (Govt Atty: Georgiana MacDonald, John Kennedy) (Defts Atty: Mark L. Sisti) (USP: Sean Buckley)(Total Hearing Time: 20 minutes) (ko) (Entered: 08/02/2023) |
| 08/02/2023 | 326 | Assented to MOTION to Continue Sentencing Hearing and Sentencing Memo/Variance Motion Deadline by Ian Freeman. (Sisti, Mark) (Entered: 08/02/2023) |
| 08/03/2023 | 329 | OBJECTION by Ian Freeman re 321 MOTION for Forfeiture of Money Judgment *(A Memo may follow)*. (Sisti, Mark) (Entered: 08/03/2023) |
| 08/07/2023 | | **ENDORSED ORDER granting re 326 Assented to MOTION to Continue Sentencing Hearing and Sentencing Memo/Variance Motion Deadline as to Ian Freeman (1). *Text of Order: Granted*. So Ordered by Judge Joseph N. Laplante. Sentencing reset for 9/11/2023 at 10:00 AM (from 8/17/2023) before Judge Joseph N. Laplante. *The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date.(ko) (Entered: 08/07/2023)** |
| 08/07/2023 | 330 | NOTICE OF ATTORNEY APPEARANCE: Richard Guerriero appearing for Ian Freeman . (Attachments: # 1 Exhibit Guerriero Letter Accompanying Appearance) Attorney Richard Guerriero added to party Ian Freeman(pty:dft).(Guerriero, Richard) (Entered: 08/07/2023) |
| 08/08/2023 | | **ENDORSED ORDER as to Ian Freeman re 330 Notice of Attorney Appearance – Defendant. *Text of Order: The court requests a conference regarding this proposed representation. Counsel shall confer on their mutual availability and jointly arrange a video or in–person conference, as soon as practicable, based on their preference and convenience.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 08/08/2023) |
| 08/09/2023 | | NOTICE OF VIDEO CONFERENCE as to Ian Freeman In Chambers Conference set for 8/11/2023 at 03:30 PM before Judge Joseph N. Laplante. (ko) (Entered: 08/09/2023) |
| 08/11/2023 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman held on 8/11/2023. Counsel to file waiver. (Govt Atty: Seth Aframe, Georgiana MacDonald, John J Kennedy) (Defts Atty: Mark Sisti, Richard Guerriero)(Total Hearing Time: 50 minutes) (ko) (Entered: 08/11/2023) |
| 08/22/2023 | 332 | **MEMORANDUM ORDER granting in part and denying in part Oral MOTION Rule 29 Motion, 265 MEMORANDUM IN SUPPORT OF DEFENDANT'S ORAL MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 and 176 Motion to Dismiss Counts One and Three as to Ian Freeman (1). Oral and written motions for judgment of acquittal are GRANTED–IN–PART as to Count 3 and DENIED–IN–PART as to the remaining counts. Freeman's motion to dismiss is DENIED. So Ordered by Judge Joseph N. Laplante. (jb)** (Entered: 08/22/2023) |

| 08/25/2023 | 334 | Waiver by Aria DiMezzo re Any Possible Conflict of Interest by Ian Freeman (Guerriero, Richard) (Entered: 08/25/2023) |
|---|---|---|
| 08/28/2023 | 335 | OBJECTION by Ian Freeman re 321 MOTION for Forfeiture of Money Judgment *(Supplement to Objection)*. (Guerriero, Richard) (Entered: 08/28/2023) |
| 08/28/2023 | | **ENDORSED ORDER as to Ian Freeman re 334 Waiver by Aria DiMezzo re Any Possible Conflict of Interest.** *Text of Order: Reviewed. The court's concerns are not eliminated, despite its appreciation for Atty. Guerriero's responsive efforts here. Nonetheless, the court will not prohibit or otherwise conduct further inquiry into the representation out of respect for counsel involved, and in deference to the defendant's right to secure counsel of his choice.* **So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 08/28/2023) |
| 08/30/2023 | | NOTICE OF CONFERENCE as to Ian Freeman In Chambers Conference set for 8/31/2023 at 11:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 08/30/2023) |
| 08/31/2023 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman held on 8/31/2023. (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti, Richard Guerriero)(Total Hearing Time: 8 minutes) (ko) (Entered: 08/31/2023) |
| 09/01/2023 | 336 | SENTENCING MEMORANDUM by USA as to Ian Freeman. (Attachments: # 1 Exhibit Exhibit List in Support of Restitution, # 2 Notice ECF Notice of Conventional Filing – Restitution Exhibits)(MacDonald, Georgiana) (Entered: 09/01/2023) |
| 09/01/2023 | 337 | SENTENCING MEMORANDUM *Defendant's Memo in Support of a Booker Variance* by Ian Freeman. (Attachments: # 1 Appendix Appendix A – Letters in Support)(Sisti, Mark) (Entered: 09/01/2023) |
| 09/05/2023 | 338 | MOTION for Reconsideration re 332 Order on Motion for Miscellaneous Relief,, *Reconsideration of Denial of Motion to Dismiss* by Ian Freeman.Follow up on Objection on 9/19/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Guerriero, Richard) (Entered: 09/05/2023) |
| 09/05/2023 | 339 | MOTION for New Trial by Ian Freeman.Follow up on Objection on 9/19/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Guerriero, Richard) (Entered: 09/05/2023) |
| 09/06/2023 | | **ENDORSED ORDER as to Ian Freeman re 338 MOTION for Reconsideration 332 Order Denying Motion to Dismiss, 339 MOTION for New Trial.** *Text of Order: If the prosecution wishes to maintain the current sentencing date, it should make responsive filings to the motions on or before 4pm on September 7. The court may consider the matter of sentencing (whether or not a delay is requested) after reviewing the responsive filings.* **So Ordered by Judge Joseph N. Laplante. (Follow up on Objection on 9/7/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).) (ko)** (Entered: 09/06/2023) |
| 09/06/2023 | 340 | OBJECTION by USA as to Ian Freeman re 339 MOTION for New Trial . (Aframe, Seth) (Entered: 09/06/2023) |
| 09/06/2023 | 341 | Memo – The Court Should Release Ian Freeman Pending Appeal to the 1st Circuit by Ian Freeman (Sisti, Mark) (Entered: 09/06/2023) |

| 09/07/2023 | 343 | OBJECTION by USA as to Ian Freeman re 338 MOTION for Reconsideration re 332 Order on Motion for Miscellaneous Relief,, *Reconsideration of Denial of Motion to Dismiss* . (Aframe, Seth) (Entered: 09/07/2023) |
|---|---|---|
| 09/07/2023 | 344 | REPLY TO OBJECTION to Motion by USA as to Ian Freeman re 321 MOTION for Forfeiture of Money Judgment . (Kennedy, John) (Entered: 09/07/2023) |
| 09/08/2023 | 345 | RESPONSE by Ian Freeman re 336 Sentencing Memorandum. (Sisti, Mark) (Entered: 09/08/2023) |
| 09/11/2023 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: In Chambers Conference as to Ian Freeman held on 9/11/2023. (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti, Richard Guerriero) (USP: Sean Buckley)(Total Hearing Time: 40 minutes) (ko) (Entered: 09/11/2023) |
| 09/11/2023 | | Minute Entry for proceedings held before Judge Joseph N. Laplante re SENTENCING. Motion for Reconsideration (doc. no. 338 ) and Motion for New Trial (doc. ono. 339 ) argued. Order to issue. Defendant shall file brief by 9/25/2023. (Court Reporter: Liza Dubois) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti, Richard Guerriero) (USP: Sean Buckley)(Total Hearing Time: 1 hr., 5 minutes) (ko) (Entered: 09/11/2023) |
| 09/11/2023 | | NOTICE OF HEARING as to Ian Freeman. Sentencing set for 10/2/2023 at 10:00 AM before Judge Joseph N. Laplante. *The court has allotted 1 hour for the hearing. Please contact the court immediately if you anticipate the hearing will exceed the allotted time.* **Any motion seeking a departure or variance, as well as any sentencing memorandum, shall be filed 10 days prior to the sentencing date. Any response shall be filed 4 days prior to sentencing date. Defense counsel should advise the defendant that any monetary portion of the sentence will be payable only by cash, bank check, money order or debit or credit card via pay.gov (after obtaining a transaction ID from the probation officer.) No card payments can be made at the counter.(ko) (Entered: 09/11/2023)** |
| 09/11/2023 | | **ENDORSED ORDER re 338 Motion for Reconsideration re 332 Order on Motion for Miscellaneous Relief, Reconsideration of Denial of Motion to Dismiss, 339 Motion for New Trial as to Ian Freeman (1).** *Text of Order: Motion denied for the reasons stated on the record.* **So Ordered by Judge Joseph N. Laplante.** (ko) (Entered: 09/11/2023) |
| 09/12/2023 | 346 | NOTICE OF APPEAL (Interlocutory) by USA as to Ian Freeman re 332 Order on Motion for Miscellaneous Relief,,. (No fee paid, USA or IFP) [NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the Forms & Notices section of the First Circuit website at www.ca1.uscourts.gov, MUST be completed and submitted to the U.S. Court of Appeals for the First Circuit.] (Aframe, Seth) (Entered: 09/12/2023) |
| 09/15/2023 | 347 | Appeal Cover Sheet as to Ian Freeman re 346 Notice of Appeal – Interlocutory. (Attachments: # 1 Transcript Report Form)(ko) (Entered: 09/15/2023) |
| 09/15/2023 | 348 | Clerk's Certificate transmitting Record on Interlocutory Appeal to US Court of Appeals, documents numbered 265, 266, Endorsed Order dated 7/28/23, 332, 346, and 347 as to Ian Freeman to USCA re 346 Notice of Appeal – Interlocutory. (ko) (Entered: 09/15/2023) |
| 09/18/2023 | | |

| | | Appellate Case Number: Court of Appeals No. 23–1771 for <u>346</u> Notice of Appeal – Interlocutory filed by USA. (ko) (Entered: 09/18/2023) |
|---|---|---|
| 09/25/2023 | <u>349</u> | OBJECTION to Motion for Order of Restitution by Ian Freeman re <u>336</u> Sentencing Memorandum. (Guerriero, Richard) Modified on 9/26/2023 to add: Motion for order of restitution to docket text(ko). (Entered: 09/25/2023) |
| 09/27/2023 | <u>350</u> | ADDENDUM re: <u>337</u> Sentencing Memorandum by Ian Freeman. (Attachments: # <u>1</u> Appendix Appendix A – Add'l Letter in Support)(Sisti, Mark) (Entered: 09/27/2023) |
| 09/27/2023 | | **ENDORSED ORDER re <u>350</u> Addendum re: <u>337</u> Sentencing Memorandum as to Ian Freeman. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 09/28/2023) |
| 09/29/2023 | <u>351</u> | RESPONSE by USA as to Ian Freeman re <u>349</u> Objection (not to motion). (MacDonald, Georgiana) (Entered: 09/29/2023) |
| 09/30/2023 | | **ENDORSED ORDER re <u>351</u> Response by USA as to Ian Freeman. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 10/02/2023) |
| 10/02/2023 | <u>352</u> | ADDENDUM re: <u>337</u> Sentencing Memorandum by Ian Freeman. (Attachments: # <u>1</u> Appendix Appendix A – Add'l Letters in Support)(Sisti, Mark) (Entered: 10/02/2023) |
| 10/02/2023 | | Minute Entry for proceedings held before Judge Joseph N. Laplante: SENTENCING held on 10/2/2023 for Ian Freeman (1) Sentenced on Count 1s,2s,28s,29s–32s. Dismissed Counts 1,2,4,4s,5–7,5s–20s,10,14–15,19,20,21s,22s–27s,33s pursuant to LR 48.1. Appeal rights to defendant. Defendant detained. (Court Reporter: Brenda K. Hancock) (Govt Atty: Georgiana MacDonald, John Kennedy, Seth Aframe) (Defts Atty: Mark Sisti, Richard Guerriero) (USP: Sean Buckley)(Total Hearing Time: 2 hrs., 30 minutes) (ko) (Entered: 10/02/2023) |
| 10/02/2023 | <u>353</u> | ACKNOWLEDGMENT of Sentencing Options by Ian Freeman (Date stamped 9/11/2023). (ko) (Entered: 10/04/2023) |
| 10/03/2023 | | **ENDORSED ORDER as to Ian Freeman: *Counsel shall confer regarding their (and their witnesses') schedules and jointly arrange for a hearing or hearings on the issues of restitution and forfeiture.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 10/03/2023) |
| 10/03/2023 | | **ENDORSED ORDER re <u>352</u> Addendum re <u>337</u> Sentencing Memorandum as to Ian Freeman. *Text of Order: Reviewed.* So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 10/03/2023) |
| 10/05/2023 | | NOTICE OF VIDEO CONFERENCE as to Ian Freeman In Chambers Conference set for 10/12/2023 at 11:00 AM before Judge Joseph N. Laplante. (ko) (Entered: 10/05/2023) |
| 10/05/2023 | <u>354</u> | **JUDGMENT as to Ian Freeman (1), Counts 1s, 28s, 29s–32s, 2s: Term of Imprisonment 96 months. Supervised Release 2 years with standard and special conditions. Special Assessment $700.00. Fine $10,000.00. Restitution and Forfeiture are ordered; however they are deferred until further hearing. Counts 1, 10, 14–15, 19, 2, 20, 22s–27s, 33s, 4, 4s, 5–7, 5s–20s: Dismissed pursuant to LR 48.1. Count 21s: Dismissed by order of the court dated 8/22/2023. So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 10/05/2023) |
| 10/10/2023 | <u>355</u> | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL by Ian Freeman. (Filing fee $ 505, receipt number ANHDC−2430297.) [NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the Forms & Notices section of the First Circuit website at www.ca1.uscourts.gov, MUST be completed and submitted to the U.S. Court of Appeals for the First Circuit.]<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** (Guerriero, Richard) (Entered: 10/10/2023) |
| 10/10/2023 | 356 | **AMENDED JUDGMENT as to Ian Freeman (1), Counts 1s, 28s, 29s−32s, 2s: Fine corrected to read $40,000.00. So Ordered by Judge Joseph N. Laplante. (ko)** (Entered: 10/10/2023) |
| 10/12/2023 | 357 | Appeal Cover Sheet as to Ian Freeman re 355 Notice of Appeal. (Attachments: # 1 Transcript Report Form)(ko) (Entered: 10/12/2023) |
| 10/12/2023 | 358 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 354, 355, 356, and 357 as to Ian Freeman to USCA re 355 Notice of Appeal. (ko) (Entered: 10/12/2023) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No. 21-cr-41-01-JL

2.    TITLE OF CASE: United States of America v. Ian Freeman

3.    TYPE OF CASE: Criminal

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

6.    NAME OF JUDGE: Joseph N. Laplante

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: **October 5, 2023**, **October 10, 2023**

8.    DATE OF NOTICE OF APPEAL: **October 10, 2023**

9.    FEE PAID: YES

10.   COURT APPOINTED COUNSEL: NO

11.   COURT REPORTERS: and DATES:
      **Brenda Hancock:** 3/16/21 Arraignment, 3/19/21 Detention Hearing, 3/24/21 In Chambers Conference, 12/7/22 JT Day 2-AM, 12/8/22 JT Day 3-PM, 12/12/22 JT Day 5-AM, 12/13/22 JT Day 6-PM, 12/21/22 JT Day 10 AM, 10/2/23 Sentencing;
      **Liza Wright:** 5/10/21 Motion Hearing, 5/20/21 Motion Hearing, 11/15/22 Evidentiary Hearing, 12/6/22 JT Day 1-AM, 12/8/22 JT Day 3- AM, 12/9/22 JT Day 4-PM, 12/13/22 JT Day 6-AM, 12/14/22 JT Day 7-PM, 12/19/22 JT Day 8, 12/20/22 JT Day 9-PM, 12/21/22 JT Day 10- PM, 12/22/22 JT Day-11, 9/11/23 Sentencing; and
      **Susan Bateman:** 6/28/22 Motion Hearing, 7/15/22 Status Conference, 9/1/22 Motion Hearing, 12/6/22 JT Day 1-AM, 12/7/22 JT Day 2-PM, 12/9/22 JT Day 4-PM, 12/12/22 JT Day 5-PM, 12/14/22 JT Day 7-AM, 12/20/22 JT Day 9-AM.

12.   TRANSCRIPTS ORDERED/ON FILE: YES

13.   HEARING/TRIAL EXHIBITS: YES

14.   MOTIONS PENDING: YES (doc. no. 321)

15.   GUIDELINES CASE: Not Applicable

16.   RELATED CASES or CROSS APPEAL:   NO

17.   SPECIAL COMMENTS:   Restitution is ordered as part of the judgment. A further hearing regarding restitution to be scheduled.

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _____

District Court Case No. _____  District of PLEASE SELECT

Date Notice of Appeal filed _____  Court of Appeals Case No. _____

Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____

Phone Number of Reporter_____

A.   _____   **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

PROCEEDING(S)                                    HEARING DATE(S)

☐   Jury Voir Dire
☐   Opening Statement (plaintiff)               _____
☐   Opening Statement (defendant)               _____
☐   Trial                                       _____
☐   Closing Argument (plaintiff)                _____
☐   Closing Argument (defendant)                _____
☐   Findings of Fact/Conclusions of Law         _____
☐   Jury Instructions                           _____
☐   Change of Plea                              _____
☐   Sentencing                                  _____
☐   Bail hearing                                _____
☐   Pretrial proceedings (specify) _____   _____
☐   Testimony (specify ) _____             _____
☐   Other (specify) _____                  _____

NOTE:   Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.   _____   **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐   Private funds.
☐   Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐   Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐   Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐   Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____   Filer's Signature _____

Firm/Address _____   Filer's Email address _____

Telephone number _____   Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

## TRANSCRIPT REPORT/ORDER FORM

This form must be completed by any party that files a notice of appeal to the First Circuit and by any party that wishes to order a transcript for an appeal. **A Transcript Report/Order Form that fails to comply with these instructions will be deemed non-compliant. In addition, the appeal will be subject to dismissal pursuant to <u>1st Cir. R. 3.0(b)</u> and 10.0(a) if appellant fails to timely file a Transcript Report/Order Form.**

### TRANSCRIPT REPORT INSTRUCTIONS

If a transcript is not necessary for the appeal, or the transcript is already completed and filed with the district court, only the Transcript Report section needs to be completed. Appellant must file the completed Transcript Report Form with the Court of Appeals Clerk's Office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### TRANSCRIPT ORDER INSTRUCTIONS

If a transcript is being ordered, the Transcript Order section of the form must be completed. The completed Transcript Order Form must be filed with the court reporter in the district court within 14 days after filing the notice of appeal. <u>Fed. R. App. P. 10(b)</u>. <u>Do not submit this form until financial arrangements have been made with the court reporter</u>. Appellant must file the completed Transcript Order Form with the Court of Appeals Clerk's Office and one copy with the district court clerk's office, accompanied by proof of service on opposing parties, within 14 days after the case is docketed in the Court of Appeals.

### CRIMINAL JUSTICE ACT INSTRUCTIONS

Any party ordering transcripts at government expense under the <span style="color:red">Criminal Justice Act</span> must also complete a CJA Form 24, Authorization and Voucher for Payment of Transcripts. The voucher must be authorized by either the district court judge or the circuit court judge prior to the order being placed with the court reporter. Both the Transcript Order Form and CJA Form 24 must indicate with specificity those proceedings to be transcribed. The transcript order will be considered timely for purposes of <u>Fed. R. App. P. 10(b)</u> and <u>1st Cir. R. 3.0(b)</u> and 10.0(a) if a completed Transcript Order Form and a CJA Form 24 in need of authorization are received by the Court of Appeals Clerk's Office within 14 days of the docketing of the appeal. The Clerk's Office will forward the Transcript Order Form and authorized CJA Form 24 to the court reporter.

**NOTE**: A separate Transcript Order Form (and if necessary, a CJA Form 24) must be completed for each court reporter from whom a transcript is requested.

### COURT REPORTER'S DUTIES

The court reporter should indicate on the Transcript Order Form the date of receipt of the form. Once the Transcript Order Form is filed in the Court of Appeals, the Clerk's Office will send a Transcript Order Acknowledgment to the court reporter noting the deadline for production of the transcript. If the court reporter *promptly* returns the Acknowledgment indicating that the transcript order is incomplete for any reason, the deadline may be suspended until the party ordering the transcript cures the deficiency. If the court reporter cannot complete the transcript by the deadline, he or she must file a motion for extension in the Court of Appeals. <u>Fed. R. App. P. 11(b)</u>. An extension of time does not waive the mandatory fee reductions, which shall take effect after 60 days if the transcript order is not completed and a waiver has not been granted. Once the transcript is complete, the court reporter must file a copy with the district court and provide the ordering party with a copy.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.                            No. 21-cr-41-01-JL

<u>Ian Freeman</u>

CLERK'S CERTIFICATE TO
<u>CIRCUIT COURT OF APPEALS</u>

I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED:  354, 355, 356, and 357

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

Trial exhibits will be mailed to the First Circuit Clerk's Office upon request from the Circuit.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, October 12, 2023

FCP KGN'LON PEJ , Clerk

By: /s/ Kellie Otis, Deputy Clerk

Oct 12, 2023

cc:  Counsel of Record

## IN THE UNITED STATES DISTRICT COURTFOR
## THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

       v.                                        No. 1:21-cr-41-JL-1

IAN FREEMAN

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Ian Freeman, appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment and Sentence entered in the above-captioned proceeding on October 5, 2023.

Respectfully submitted by counsel for Ian Freeman.

Date: October 10, 2023.

Respectfully submitted by counsel for Ian Freeman

*/s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Law Clerk: Oliver Bloom
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

Mark L. Sisti, Esq.
N.H. Bar ID 2357
Sisti Law Offices
387 Dover Road
Chichester, N.H. 03258
Telephone: (603) 224-4220
info@sistilawoffices.com

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent

electronically to registered participants identified on the Notice of Electronic Filing (NEF)

and paper copies will be sent to the nonregistered participants on the date the document

was signed by me.

*/s/ Richard Guerriero*
Richard Guerriero, Esq.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
USDC-NH (8/21)    Sheet 1

# UNITED STATES DISTRICT COURT

### District of New Hampshire

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| | ) | |
| **IAN FREEMAN** | ) | Case Number:  21-CR-41-01-JL |
| **f/k/a** | ) | |
| **IAN BERNARD** | ) | USM Number:  34755-509 |
| | ) | |
| | ) | Mark L. Sisti, Esq., Richard Guerriero, Esq. |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)    1s, 2s, 28s, 29s-32s of the Superseding Indictment
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 371 and 1960(a) and (b)(1)(B) | Conspiracy to Operate Unlicensed Money Transmitting Business | 3/15/2021 | 1s |
| 18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) | Operation of Unlicensed Money Transmitting Business | 3/15/2021 | 2s |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 3/15/2021 | 28s |

    The defendant is sentenced as provided in pages 2 through ____9____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)    **Counts 1-20 and Counts 4s, 5s-20s, 22s-24s, 33s are dismissed pursuant to LR 48.1.**
   **Count 21s dismissed by order of the court dated 8/22/23.**
       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

 

                                              10/2/2023
                            Date of Imposition of Judgment

 

                            Signature of Judge

 

### Joseph N. Laplante U.S. District Judge
                            Name and Title of Judge

                            10/5/23
                            Date

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
USDC-NH (8/21)        Sheet 1A

Judgment—Page   2   of   9

DEFENDANT:  IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:  21-CR-41-01-JL

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 | Attempt to Evade or Defeat Tax | 7/15/2020 | 29s-32s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
USDC-NH (8/21)      Sheet 2 — Imprisonment

Judgment — Page __3__ of __9__

DEFENDANT:   IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:   21-CR-41-01-JL

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Ninety-six (96) months. This term consists of a term of 60 months on Counts 1s, 2s, and 29s through 32s, and a term of 96 months on Count 28s, to be served concurrently.

☑  The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends that the defendant participate in substance abuse treatment while in Bureau of Prisons' custody.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at  _____  ☐ a.m.  ☐ p.m.   on  _____  .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on  _____  .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
USDC-NH (8/21)       Sheet 3 — Supervised Release

| | | Judgment—Page | 4 | of | 9 |

DEFENDANT:   IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:   21-CR-41-01-JL

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Two (2) years. This term consists of terms of 2 years on Counts 1s, 2s, and 28s through 32s, such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 72 drug tests per year of supervision.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
USDC-NH (8/21)   Sheet 3A — Supervised Release

|  |  | Judgment—Page | 5 | of | 9 |

DEFENDANT: IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER: 21-CR-41-01-JL

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

Case: 23-1839    Case 1:21-cr-00041-JL Document 354    Filed 10/05/23 Page 6 of 9    Entry ID: 6597809
AO 245B (Rev. 09/19)    Judgment in a Criminal Case
USDC-NH (8/21)    Sheet 3D — Supervised Release

Judgment—Page ___6___ of ___9___

DEFENDANT: IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER: 21-CR-41-01-JL

## SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Treatment, Testing, Abstinence

1. You must participate in a substance use treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extent you are able, as determined by the probation officer.

2. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.

3. You must submit to substance abuse testing to determine if you have used a prohibited substance. You shall pay for the cost of testing to the extent you are able, as determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

4. You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

Financial Requirements and Restrictions

5. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the Financial Litigation Unit of the U.S. Attorney's Office.

6. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

7. If the Judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

8. During the period of supervised release or probation, unless you have already done must, within six months of sentencing or release, whichever is later:

      (i) Cooperate with the Examination and Collection Division of the IRS;
      (ii) Provide to the Examination Division all financial information necessary to
           determine your tax liabilities;
      (iii) Provide to the Collection Division all financial information necessary to
           determine your ability to pay restitution; and
      (iv) Make a good faith effort to pay all delinquent and additional taxes, interest,
           and penalties, including the $281,588.69 tax loss associated with this case.

Employment Restrictions

9. You must not operate any money service business and/or cryptocurrency business or establish any new business or charitable organization without the prior approval of the probation officer.

Place Restrictions

10. You must not go to, or remain at, any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer.

Case: 23-1839     Case 1:21-cr-00041-JL   Document 354    Filed 10/05/23   Page 7 of 9   Entry ID: 6597809
AO 245B (Rev. 09/19)    Judgment in a Criminal Case
USDC-NH (8/21)          Sheet 3D — Supervised Release

Judgment—Page     7     of     9

DEFENDANT:  IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:  21-CR-41-01-JL

## SPECIAL CONDITIONS OF SUPERVISION

Search and Seizure

11. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030 (e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
USDC-NH (8/21)　　　　Sheet 5 — Criminal Monetary Penalties

|  | | | Judgment — Page | 8 | of | 9 |

DEFENDANT: IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER: 21-CR-41-01-JL

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 700.00 | $ | $ 10,000.00 | $ | $ |

☑ The determination of restitution is deferred until further hearing. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $　0.00 | $　0.00 |

☐ Restitution amount ordered pursuant to plea agreement　$ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the　☑ fine　☐ restitution.

☐ the interest requirement for the　☐ fine　☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
USDC-NH (8/21)         Sheet 6 — Schedule of Payments

DEFENDANT:  IAN FREEMAN f/k/a IAN BERNARD                    Judgment — Page __9__ of __9__
CASE NUMBER:  21-CR-41-01-JL

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $ __700.00__ due immediately.

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
    _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
    It is ordered that the defendant shall pay to the United States a fine of $10,000.00, which is due within 60 days of
    sentencing.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, 55 Pleasant Street, Room 110, Concord, N.H. 03301. Personal checks are not accepted.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*            Total Amount            Joint and Several            Corresponding Payee,
                                                          Amount                    if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:
    Forfeiture is ordered, however, it is deferred until further hearing.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245C (Rev. 09/19)  Amended Judgment in a Criminal Case                                                                    (NOTE: Identify Changes with Asterisks (*))
USDC-NH (8/21)      Sheet 1

# UNITED STATES DISTRICT COURT

## District of New Hampshire

| | |
|---|---|
| UNITED STATES OF AMERICA | )    **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| IAN FREEMAN | )    Case Number:  21-CR-41-1-JL |
| f/k/a IAN BERNARD | )    USM Number:  34755-509 |
| | ) |
| **Date of Original Judgment:**   10/5/2023 | )    Mark L. Sisti, Esq., Richard Guerriero, Esq. |
| _(Or Date of Last Amended Judgment)_ | )    Defendant's Attorney |

FILED - USDC -NH
2023 OCT 10 PM2:48

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☑ was found guilty on count(s)    1s, 2s, 28s, 29s-32s of the Superseding Indictment
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 371 and 1960(a) and (b)(1)(B) | Conspiracy to Operate Unlicensed Money Transmitting Business | 3/15/2021 | 1s |
| 18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) | Operation of Unlicensed Money Transmitting Business | 3/15/2021 | 2s |
| 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 3/15/2021 | 28s |

     The defendant is sentenced as provided in pages 2 through ___9___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   Counts 1-20 and Counts 4s-20s, 22s-24s, 33s are dismissed pursuant to LR 48.1. Count 21s dismissed by order of the court dated 8/22/23.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/10/2023
_____
Date of Imposition of Judgment

_____
Signature of Judge

Joseph N. Laplante U.S. District Judge
_____
Name and Title of Judge

10/10/23
_____
Date

Case: 23-1839    Case: 1:21-cr-00041-JL  Document 356   Filed 10/20/18 Page 2 of 9  Entry ID: 6597809
AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
USDC-NH (8/21)        Sheet 1A

DEFENDANT:  IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:  21-CR-41-1-JL

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. § 7201 | Attempt to Evade or Defeat Tax | 7/15/2020 | 29s-32s |

Case: 23-1839    Case: 1:21-cr-00041-JL Document 356    Filed: 10/23/2023 Page 3 of 9 Entry ID: 6597809
AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
USDC-NH (8/21)       Sheet 2 — Imprisonment

**DEFENDANT:**  IAN FREEMAN f/k/a IAN BERNARD
**CASE NUMBER:**  21-CR-41-1-JL

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Ninety-six (96) months. This term consists of a term of 60 months on Counts 1s, 2s, and 29s through 32s, and a term of 96 months on Count 28s, to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant participate in substance abuse treatment while in Bureau of Prisons' custody.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Case: 23-1839    Case: 1:21-cr-00041-JL Document 356    Filed: 10/18/1 Page 4 of 9 Entry ID: 6597809
AO 245C (Rev. 09/19)    Amended Judgment in a Criminal Case
USDC-NH (8/21)    Sheet 3 — Supervised Release

DEFENDANT:  IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:  21-CR-41-1-JL

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

Two (2) years. This term consists of terms of 2 years on Counts 1s, 2s, and 28s through 32s, such terms to run concurrently.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 72 drug tests per year of supervision.
    ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐  You must make restitution in accordance with 18 U.S.C. § 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☑  You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐  You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245C (Rev. 09/19)    Amended Judgment in a Criminal Case
USDC-NH (8/21)          Sheet 3A — Supervised Release

Judgment—Page  5  of  9

DEFENDANT:    IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:  21-CR-41-1-JL

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature  _____          Date  _____

DEFENDANT: IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER: 21-CR-41-1-JL

## SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Treatment, Testing, Abstinence

1. You must participate in a substance use treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of treatment to the extent you are able, as determined by the probation officer.

2. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.

3. You must submit to substance abuse testing to determine if you have used a prohibited substance. You shall pay for the cost of testing to the extent you are able, as determined by the probation officer. You must not attempt to obstruct or tamper with the testing methods.

4. You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g. synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

Financial Requirements and Restrictions

5. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the Financial Litigation Unit of the U.S. Attorney's Office.

6. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

7. If the Judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

8. During the period of supervised release or probation, unless you have already done must, within six months of sentencing or release, whichever is later:

       (i)   Cooperate with the Examination and Collection Division of the IRS;
      (ii)  Provide to the Examination Division all financial information necessary to determine your tax liabilities;
    (iii)  Provide to the Collection Division all financial information necessary to determine your ability to pay restitution; and
    (iv)  Make a good faith effort to pay all delinquent and additional taxes, interest, and penalties, including the $281,588.69 tax loss associated with this case.

Employment Restrictions

9. You must not operate any money service business and/or cryptocurrency business or establish any new business or charitable organization without the prior approval of the probation officer.

Place Restrictions

10. You must not go to, or remain at, any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer.

AO 245C (Rev. 09/19)    Amended Judgment in a Criminal Case
USDC-NH (8/21)        Sheet 3D — Supervised Release                                    (NOTE: Identify Changes with Asterisks (*))

Judgment—Page ___7___ of ___9___

DEFENDANT:    IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:   21-CR-41-1-JL

## SPECIAL CONDITIONS OF SUPERVISION

Search and Seizure

11. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030 (e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
USDC-NH (8/21)            Sheet 5 — Criminal Monetary Penalties                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page __8__ of __9__

DEFENDANT:   IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:   21-CR-41-1-JL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine *** | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 700.00 | $ | $ 40,000.00 | $ | $ |

☑ The determination of restitution is deferred until _further hearing_ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____0.00_____ | $ _____0.00_____ | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☑ the interest requirement is waived for    ☑ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
USDC-NH (8/21)   Sheet 6 — Schedule of Payments

Judgment — Page __9__ of __9__

DEFENDANT:  IAN FREEMAN f/k/a IAN BERNARD
CASE NUMBER:  21-CR-41-1-JL

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☒  Lump sum payment of $ __700.00__ due immediately.

    ☐  not later than _____ , or
    ☐  in accordance with  ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☑  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or  ☑ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑  Special instructions regarding the payment of criminal monetary penalties:  •••

    It is ordered that the defendant shall pay to the United States a fine of $40,000.00, which is due within 60 days of sentencing.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk, U.S. District Court, 55 Pleasant Street, Room 110, Concord, N.H. 03301.  Personal checks are not accepted.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*　　　　　　Total Amount

Joint and Several
Amount

Corresponding Payee,
if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☑  The defendant shall forfeit the defendant's interest in the following property to the United States:
    Forfeiture is ordered, however, it is deferred until further hearing.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.