# United States Court of Appeals
## For the First Circuit

DOCKETING STATEMENT

**No** 23-1839          **Short Title:** US v. Freeman

**Type of Action**

- ☐ Civil
- ☑ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
1. Date of entry of judgment or order appealed from 10/10/2023
2. Date this notice of appeal filed 10/10/2023
   If cross appeal, date first notice of appeal filed
3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)
4. Date of entry of order deciding above post-judgment motion
5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
   Time extended to

B. Finality of Order or Judgment
1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes  ☐ No
2. If no,
   a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes  ☐ No
      If yes, explain
   b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes  ☐ No
      If yes, explain

C. Has this case previously been appealed? ☐ Yes  ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes  ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

   See attached motion to consolidate this appeal with 23-1771.

E. Were there any in-court proceedings below?   ☑ Yes   ☐ No
   If yes, is a transcript necessary for this appeal?   ☑ Yes   ☐ No
   If yes, is transcript already on file with district court?   ☐ Yes   ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party United States Attorney's Office
      Attorney Asst US Attorney Georgiana MacDonald and Asst US Attorney John Kennedy
      Address 55 Pleasant Street, 4th Floor Concord, NH 03301
      Telephone 603-225-1470

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Ian Freeman
      Address Merrimack County HOC 314 Daniel Webster Hwy Boscawen, NH 03303
      Telephone_____

      Attorney's name Richard Guerriero, Bar #1164673
      Firm Lothstein Guerriero PLLC
      Address 39 Central Square, Suite 202 Keene, NH 03431
      Telephone 603-352-5000

   2. Appellant's name Ian Freeman
      Address Merrimack County HOC 314 Daniel Webster Hwy Boscawen, NH 03303
      Telephone_____

      Attorney's name Mark Sisti, Bar #37832
      Firm Sisti Law Offices
      Address 387 Dover Road Chichester, NH 03258
      Telephone 603-224-4220

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☑ Yes   ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _____

Date_10/26/2023_____