# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: __United States v. Ian Freeman__
District Court Case No. __1:21-cr-00041-JL__    District of __New Hampshire__
Date Notice of Appeal filed __10/10/2023__    Court of Appeals Case No. __23-1839__
Form filed on behalf of __Ian Freeman__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) __See attachment__

## TRANSCRIPT ORDER

Name of Court Reporter __Liza Dubois__
Phone Number of Reporter __603-225-1442__

A. ✔ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | 9/11/2023 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ✔ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Richard Guerriero__    Filer's Signature __/s/ Richard Guerriero__
Firm/Address __39 Central Sq Ste 202 Keene, NH 03431__    Filer's Email address __richard@nhdefender.com__
Telephone number __603-352-5000__    Date mailed to court reporter __10/24/2023__

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/09/09)    SEE INSTRUCTIONS ON REVERSE

United States v. Ian Freeman
1:21-cr-00041-JL
List of Filed Transcripts

9/1/2022 Hearing on Motion to Dismiss (Bateman) Transcript doc #268
11/15/2022 Evidentiary Hearing (Dubois) Transcript doc #229, 285
12/6/2022 Trial Day 1, Jury Selection (Bateman am/Dubois pm)
    Transcript doc #277 pm
12/7/2022 Trial Day 2 (Hancock am/Bateman pm)
    Transcript doc #286 am
    Transcript doc #269 pm
12/8/2022 Trial Day 3 (Dubois am/Hancock pm)
    Transcript doc #278 am
    Transcript doc #287 pm
12/9/2022 Trial Day 4 (Bateman am/Dubois pm)
    Transcript doc #270 am
    Transcript doc #279 pm
12/12/2022 Trial Day 5 (Hancock am/Bateman pm)
    Transcript doc #288 am
    Transcript doc #271 pm
12/13/2022 Trial Day 6 (Dubois am/Hancock pm)
    Transcript doc #280 am
    Transcript doc #289 pm
12/14/2022 Trial Day 7 (Bateman am/Dubois pm)
    Transcript doc #272 am
    Transcript doc #281 pm
12/19/2022 Trial Day 8 (Dubois)
    Transcript doc #282
12/20/2022 Trial Day 9 (Bateman am/Dubois pm)
    Transcript doc #273 am
    Transcript doc #333 pm
12/21/2022 Trial Day 10 (Hancock am/Dubois pm)
    Transcript doc #290 am
    Transcript doc #283 pm
12/22/2022 Trial Day 11 (Dubois)
    Transcript doc #284