# United States Court of Appeals

# For the First Circuit

| United States | |
|---|---|
| v | #23-1839 |
| Ian Freeman | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transcript Order Form has been forwarded by electronic mail through the ECF system this 27 October 2023 to Assistant United States Attorney Georgiana MacDonald, US Attorney's Office, 55 Pleasant Street Concord, NH and to Mr. Freeman by first-class mail.

　　　　　　　　　　　　　　　　　　　*/s/ Richard Guerriero*
　　　　　　　　　　　　　　　　　　　Richard Guerriero
　　　　　　　　　　　　　　　　　　　First Circuit Bar No. 1164673

1