# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-1839     **Short Title:** US v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Ian Freeman _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Mark L. Sisti, Esq.
Signature

12/11/2023
Date

Mark L. Sisti
Name

Sisti Law Offices
Firm Name (if applicable)

(603) 224-4220
Telephone Number

387 Dover Road
Address

(603) 226-2025
Fax Number

Chichester, NH 03258
City, State, Zip Code

info@sistilawoffices.com
Email (required)

Court of Appeals Bar Number: 37832

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes     Court of Appeals No. 23-1771

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).