# United States Court of Appeals
## For the First Circuit

Nos. 23-1771
      23-1839

UNITED STATES,

Plaintiff - Appellant/Cross-Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellee/Cross-Appellant.

**ORDER OF COURT**

Entered: December 14, 2023
Pursuant to 1st Cir. R. 27.0(d)

The following is the briefing schedule for these cross-appeals:

First Brief:   Appellant United States' principal brief and appendix are due on or before **January 23, 2024**;

Second Brief:  Appellee Ian Freeman's principal/response brief must be filed within 30 days of service of the first brief;

Third Brief:   Appellant United States' response/reply brief must be filed within 30 days of service of the second brief; and

Fourth Brief:  Appellee Ian Freeman's reply brief must be filed within 21 days of service of the third brief.

By the Court:

Maria R. Hamilton, Clerk

cc: Mark L. Sisti, Richard C. Guerriero Jr., Michael T. McCormack, Seth R. Aframe, David M. Lieberman, Georgiana MacDonald, John J. Kennedy

# CROSS APPEALS
# INFORMATION SHEET
## Fed. R. App. P. 28.1
**Effective with Amendments through December 1, 2016**

| BRIEF | BRIEF COVER Fed. R. App. P. 28.1 | LENGTH LIMIT Fed. R. App. P. 28.1(e) | DUE DATE Fed. R. App. P. 28.1(f) |
|---|---|---|---|
| **First Brief** <br><br> Appellant/Cross-Appellee's PRINCIPAL BRIEF | Blue | 30 PAGES *or* 13,000 WORDS/ 1,300 LINES (monospaced text only) | 40 days after record is complete or date set by Clerk's Office |
| **Second Brief** <br><br> Appellee/Cross-Appellant's PRINCIPAL/RESPONSE BRIEF | Red | 35 PAGES *or* 15,300 WORDS/ 1,500 LINES (monospaced text only) | 30 days later |
| **Third Brief** <br><br> Appellant/Cross-Appellee's RESPONSE/REPLY BRIEF | Yellow | 30 PAGES or 13,000 WORDS/ 1,300 LINES (monospaced text only) | 30 days later |
| **Fourth Brief** <br><br> Appellee/Cross-Appellant's REPLY BRIEF | Grey | 15 PAGES *Or* 6,500 WORDS/ 650 LINES (monospaced text only) | 14 days later |