# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 23-1771 & 23-1839     **Short Title:** U.S. v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

United States                                                                                    as the

[✓] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ David Lieberman  
Signature

12/21/23  
Date

David Lieberman  
Name

U.S. Dep't of Justice, Criminal Division  
Firm Name (if applicable)

202-262-6805  
Telephone Number

950 Pennsylvania Ave. NW, Room 1264  
Address

202-305-2121  
Fax Number

Washington, DC 20530  
City, State, Zip Code

david.lieberman@usdoj.gov  
Email (required)

Court of Appeals Bar Number: 1155239

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).