# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

**ORDER OF COURT**

Entered: January 22, 2024
Pursuant to 1st Cir. R. 27.0(d)

In view of the judgement entered in appeal no. 23-1771, the briefing schedule issued on December 14, 2023 is hereby vacated. The Clerk will issue an updated briefing schedule in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael T. McCormack
Seth R. Aframe
David M. Lieberman
Georgiana MacDonald
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero Jr.
Ian Freeman