**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

UNITED STATES

      v.                                                                         No. 23-1839

IAN FREEMAN

ASSENTED-TO MOTION TO EXTEND BRIEFING DEADLINE

Appellant, Ian Freeman, through counsel, and with the assent of the Government, moves to extend his briefing deadline to May 17, 2024, for the reasons set forth below.

Appellant was found guilty in the United States District Court in New Hampshire after a jury trial. He was sentenced on October 2, 2023. His notice of appeal was filed on October 10, 2023. However, the district court conducted separate proceedings on restitution and forfeiture after the imposition of the sentence. After extensive post-sentence briefing, hearings, and negotiations, the parties have settled the forfeiture and restitution matters in the past week.

The trial in this case lasted for two weeks. The trial transcript is 1958 pages. Several issues were raised by motion before the trial, with extensive hearings and briefing on those issues. On appeal, appellant intends to raise issues related to both the pretrial motions and the trial. At least one of the issues has not been addressed by this court or by the United States Supreme Court. The parties have agreed on a joint appendix which will be roughly 2500 pages in length.

On January 22, 2024, this court ordered that appellant's brief be filed on March 4, 2024.

Considering the time which counsel was required to devote to post-sentence proceedings, the volume of material involved in this appeal, and the complexity of the issues involved, counsel for appellant seeks to extend appellant's briefing deadline to May 17, 2024.

The appellant, Mr. Freeman, supports this request.

The Government, through Assistant United States Attorney David Leiberman, assents to this request.

WHEREFORE, Appellant Ian Freeman respectfully requests that this Court extend the deadline for him to file his brief, with addendum, and the joint appendix, to May 17, 2024.

|  |  |
|---|---|
| Dated: February 7, 2024 | Respectfully submitted by<br>Counsel for Ian Freeman,<br><br>*/s/Richard Guerriero*<br>Richard Guerriero<br>1st Cir. Bar No. 1164673<br>Lothstein Guerriero, PLLC<br>Chamberlain Block Building<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>TEL: (603) 352-5000<br>richard@nhdefender.com |

>/s/ Mark Sisti*
> Mark Sisti
> 1st Cir Bar No. 37832
> Sisti Law Offices
> 387 Dover Road
> Chichester, NH 03258
> TEL: (603) 224-4220
> info@sistilawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail through the ECF system on February 7, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH 03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, at the Merrimack County House of Corrections, at 314 Daniel Webster Hwy, Boscawen, NH 03303.

>*/s/Richard Guerriero*
> Richard Guerriero