**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

UNITED STATES

      v.                      No. 23-1839

IAN FREEMAN

ASSENTED-TO MOTION TO EXTEND BRIEFING DEADLINE

Appellant, Ian Freeman, through counsel, and with the assent of the Government, moves to extend his briefing deadline to June 3, 2024, for the reasons set forth below.

The current briefing deadline for Appellant is May 17, 2024.

Lead counsel for Appellant has recently lost a significant amount of work time due to the diagnosis of a close family member with a terminal illness. Counsel has traveled outside of New England to spend time with the relative and has assisted with preparation of end-of-life documents and other personal matters. That circumstance has left counsel behind schedule on the preparation of the brief in this matter.

This appeal involves a two-week jury trial with a resulting transcript of 1958 pages. Several issues were raised by motion before the trial, with extensive hearings and briefing, on those issues. On appeal, appellant intends to raise issues related to both the pretrial motions and the trial. The parties have agreed on a joint appendix which will be roughly 2500 pages in length.

On February 9, 2024, this Court granted Appellant's first motion to extend the briefing deadline to May 17, 2024. Appellant now seeks an additional roughly two weeks to prepare the brief, so that Appellant's brief would be due on June 3, 2024.

Counsel spoke to Appellant, who is currently in prison at FMC Devens. Appellant agrees to the requested extension.

The Government, through Assistant United States Attorney David Leiberman, assents to this request.

WHEREFORE, Appellant respectfully requests that this Court extend the deadline for him to file his brief, with addendum, and the joint appendix, to June 3, 2024.

| | |
|---|---|
| Dated: April 26, 2024 | Respectfully submitted by<br>Counsel for Appellant Ian Freeman,<br><br>*/s/Richard Guerriero*<br>Richard Guerriero<br>1st Cir. Bar No. 1164673<br>Lothstein Guerriero, PLLC<br>Chamberlain Block Building<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>Tel: (603) 352-5000<br>richard@nhdefender.com |

Mark Sisti
1st Cir Bar No. 37832
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
TEL: (603) 224-4220
info@sistilawoffices.com

Oliver Bloom, Esq.
1st Cir. Bar No. 1211240
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
oliver@nhdefender.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail through the ECF system on April 26, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH 03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, 34755-509, at the FMC Devens, 42 Patton Rd, Devens, MA 01434.

*/s/Richard Guerriero*
Richard Guerriero