UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CA  23-1839 |
| ) | |
| IAN FREEMAN ) | |

## MOTION TO WITHDRAW APPEARANCE

Please enter my withdrawal as counsel for the United States of America in the above-entitled matter.

                                                          Respectfully submitted,

Dated:  May 24, 2024                          JANE E. YOUNG
                                                        United States Attorney

                                        By:    /s/ Seth R. Aframe
                                                     Seth R. Aframe
                                                     Assistant U.S. Attorney
                                                     NH Bar 277640
                                                     53 Pleasant Street
                                                     Concord, NH 03301-3904