# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

### ORDER OF COURT

Entered: May 28, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Attorney Seth R. Aframe has filed a motion to withdraw as counsel of record for Appellee United States. Upon consideration, the motion is allowed. Appellee will continue to be represented by its remaining counsel of record, attorney David M. Lieberman.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael T. McCormack
Seth R. Aframe
David M. Lieberman
Georgiana MacDonald
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero Jr.