### UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

UNITED STATES

     v.         No. 23-1839

IAN FREEMAN

<u>ASSENTED-TO MOTION TO EXTEND BRIEFING DEADLINE</u>

    Appellant, Ian Freeman, through counsel, with the assent of the Government, respectfully requests to extend his briefing deadline by 30 days to July 3, 2024, for the reasons set forth below.

    The current briefing deadline for Appellant is June 3, 2024. The Court granted a first extension to May 17, 2024, and then a two-week extension to June 3, 2024.

    Unfortunately, circumstances have developed which require counsel to request an additional 30 days to finalize appellant's brief. In preparing the brief, counsel has consulted with Mr. Freeman to the extent possible considering that preparation of the brief far in advance of the deadline was not feasible for the reasons set forth in the prior motions for extension. Recently, in the process of completing the brief, counsel has had further communications with Mr. Freeman about the content of the brief. However, limitations regarding inmate mail, email, and scheduling confidential phone calls or confidential in-person meetings at the prison in Devens, have made confidential consultation with Mr. Freeman difficult.

Counsel had a phone conversation with Mr. Freeman today on a recorded non-private line from the prison. Counsel and Mr. Freeman agreed that, considering the issues discussed, a private conversation is needed. Mr. Freeman has requested to meet in person with counsel prior to filing of the brief. Counsel believes this is a reasonable request under the circumstances. Furthermore, counsel anticipates that the outcome of that discussion with Mr. Freeman may be substantial changes to the brief.

Complicating this problem is that counsel has previously scheduled travel to Louisiana, commencing June 9, 2024, to provide support and assistance for a seriously ill family member who has no other family available during that time period. As a result, a shorter extension of 7 to 10 days will not be helpful because counsel will be out of state and unavailable for approximately two weeks in June.

Counsel is keenly aware of the Court's practices regarding extensions of time and does not make this request lightly. However, this is a complicated appeal involving a 10-day trial and a number of difficult legal issues. Mr. Freeman has been very engaged in his defense throughout the case and should be allowed a reasonable opportunity for input regarding the brief. Mr. Freeman is in full support of this request and, since he is in prison, he is the person whose interests are most directly affected by further delay.

Counsel explained the foregoing to Assistant United States Attorney David Leiberman who generously agreed on behalf of the Government to this request.

WHEREFORE, Appellant respectfully requests that this Court extend the deadline for him to file his brief, with addendum, and the joint appendix, to July 3, 2024.

| | |
|---|---|
| Dated: May 28, 2024 | Respectfully submitted by<br>Counsel for Appellant Ian Freeman, |
| | */s/Richard Guerriero*<br>Richard Guerriero<br>1st Cir. Bar No. 1164673<br>Lothstein Guerriero, PLLC<br>Chamberlain Block Building<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>Tel: (603) 352-5000<br>richard@nhdefender.com |
| | Mark Sisti<br>1st Cir Bar No. 37832<br>Sisti Law Offices<br>387 Dover Road<br>Chichester, NH 03258<br>TEL: (603) 224-4220<br>info@sistilawoffices.com |
| | Oliver Bloom, Esq.<br>1st Cir. Bar No. 1211240<br>Lothstein Guerriero, PLLC<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>Telephone: (603) 352-5000<br>oliver@nhdefender.com |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail through the ECF system on April 26, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH 03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, 34755-509, at the FMC Devens, 42 Patton Rd, Devens, MA 01434.

*/s/Richard Guerriero*
Richard Guerriero