# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

### ORDER OF COURT

Entered: June 7, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Ian Freeman to file a brief and appendix be enlarged to and including **July 3, 2024**. No further extension of this deadline should be sought absent compelling reasons.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard C. Guerriero Jr.
John J. Kennedy
David M. Lieberman
Georgiana MacDonald
Michael T. McCormack
Mark L. Sisti