# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 23-1839            **Short Title:** US v. Freeman

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Ian Freeman</u> as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____        <u>7/3/2024</u>
Signature                         Date

<u>Oliver Bloom</u>
Name

<u>Lothstein Guerriero PLLC</u>          <u>603-352-5000</u>
Firm Name (if applicable)              Telephone Number

<u>39 Central Square, Suite 202</u>     <u>603-218-6503</u>
Address                                Fax Number

<u>Keene, NH 03431</u>                   <u>oliver@nhdefender.com</u>
City, State, Zip Code                  Email (required)

Court of Appeals Bar Number: <u>1211240</u>

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. <u>23-1771</u>

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).