UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES

v.

No. 23-1839

IAN FREEMAN



**ASSENTED-TO MOTION TO SEAL
APPENDIX LABELED "SEALED APPENDIX"**

Counsel for appellant, Ian Freeman, moves to file this motion and the appendix labeled "Sealed Appendix" under seal. Freeman was convicted after a criminal trial. He is filing his brief and the joint appendix electronically. Freeman is appealing his sentence. In order to litigate his appeal of the sentence the presentence investigation report must be filed with this court. The government through Assistant United States Attorney David Lieberman assents to the report being filed under seal.

Wherefore, Freeman asks that this motion be filed under seal and that he be granted permission to file the presentence investigation report under seal as a Sealed Appendix.

1

Dated: July 3, 2024

Respectfully submitted by
Counsel for Appellant Ian Freeman,

*/s/Richard Guerriero*
Richard Guerriero
1st Cir. Bar No. 1164673
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Tel: (603) 352-5000
richard@nhdefender.com

Mark Sisti
1st Cir Bar No. 37832
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
TEL: (603) 224-4220
info@sistilawoffices.com

Oliver Bloom, Esq.
1st Cir. Bar No. 1211240
Lothstein Guerriero, PLLC
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
oliver@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail on July 3, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH 03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, 34755-509, at the FMC Devens, 42 Patton Rd, Devens, MA 01434.

/s/Richard Guerriero
Richard Guerriero



**Theodore Lothstein, Esq.**
**Kaylee Doty, Esq**
5 Green Street
Concord, NH 03301
(603)513-1919

**Richard Guerriero, Esq.**
**Oliver Bloom, Esq.**
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
(603)352-5000

July 3, 2024

Clerk Maria R. Hamilton
United States Court of Appeals 1st Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: United States v. Ian Freeman, Appeal No. 23-1839

Dear Clerk of Court Hamilton:

Please find enclosed the following:
- A Motion to Seal Supplementary Sealed Appendix
- A Supplementary Sealed Appendix
- Certificate of Service for the Supplementary Sealed Appendix

Please do not hesitate to call if you have any questions or concerns.

Sincerely,

Richard Guerriero
1st Circuit Bar ID 1164673

RCG/kc
ENCLOSURES

cc: Assistant United States Attorney David Lieberman, (via email)
    Assistant United States Attorney Georgiana MacDonald (via email)
    Assistant United States Attorney John Kennedy (via email)
    Ian Freeman, FMC Devens (cover only)

Richard Guerriero, Esq.
39 Central Square, Suite 202
Keene, NH 03431

Clerk Maria R. Hamilton
United States Court of Appeals 1st Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210