# United States Court of Appeals
## For the First Circuit
—————————————————

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

—————————————————

**ORDER OF COURT**

Entered: July 16, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellant Ian Freeman on July 3, 2024, are not in compliance with the following Federal Rule of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellant's brief and appendix does not match the caption used by this court.***

- **1st Cir. R. 28.0(a)(2)**, permitting the appellant to include in its addendum up to 25 pages of other items or short excerpts from the record that are either the subject of an issue on appeal (e.g., disputed jury instructions or disputed contractual provisions) or necessary for understanding the specific issues on appeal. The judgments, decisions, rulings or orders appealed from; any lower-level decisions; and statutes, rules, regulations, etc. included pursuant to Fed. R. App. P. 28(f) do not count towards the 25 page limit. ***Additional materials submitted in the addendum exceed the 25 page limit.***

Appellant Ian Freeman is ordered to file a conforming brief and appendix by **July 23, 2024**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael T. McCormack
David M. Lieberman
Georgiana MacDonald
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero Jr.
Oliver Bloom