**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

UNITED STATES

v. No. 23-1839

IAN FREEMAN f/k/a IAN BERNARD

ASSENTED-TO MOTION TO ALLOW 134-PAGE ADDENDUM

Appellant, Ian Freeman, through counsel, with the assent of Appellee, the Government, respectfully requests that he be permitted to file a 134-page addendum with his brief and that the Clerk's order of July 16, 2024, be amended accordingly.

Freeman tendered his brief and appendix on July 3, 2024. On July 16, 2024, the Clerk issued an Order which, in part, noted the substance of Local Rule 28 regarding addendums to briefs and stated that, "Additional materials submitted in the addendum exceed the 25 page limit." As explained below, Freeman respectfully seeks amendment of that Order.

As Local Rule 28 and the July 16, 2024, Order indicate, the "judgments, decisions, rulings, or orders appealed from" are required to be in the addendum and do not count towards the 25-page limit. Freeman respectfully submits that 130 pages of the proposed addendum consists of "judgments, decisions, rulings, or orders appealed from," which are required to be in the addendum. Only 4 pages of

the 134-page addendum, are extra materials, namely, statutes, provided for the Court's reference and convenience.

The source of the Clerk's concern may be that two of the documents provided in the addendum are transcripts from hearings. However, those transcripts are offered as "judgments, decisions, rulings, or orders appealed from" because they contain either reasons of the District Court Judge for rulings or the rulings themselves. Local Rule 28.0(a)(1) notes that "judgments, decisions, ruling or orders appealed from" includes "any supporting explanation (e.g., a written or transcript opinion)." In short, in order to fully present the decisions of the District Court, as required by Rule 28, those items should be included in the addendum.

For these reasons, counsel for Freeman requests to provide the entire 134-page addendum, either to comply with Local Rule 28, or for the Court's convenience, or both. Counsel will modify the description in the table of contents to clearly state the transcripts are offered as orders, and explanations of orders, of the District Court.

Counsel for the Government, Assistant United States Attorney David Lieberman, assents to this motion.

WHEREFORE, Appellant respectfully requests that he be permitted to file a 134-page addendum with his brief and that the Clerk's order of July 16, 2024, be amended accordingly.

Dated: July 19, 2024

Respectfully submitted by
Counsel for Appellant Ian Freeman,

*/s/Richard Guerriero*
Richard Guerriero
1st Cir. Bar No. 1164673
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
Tel: (603) 352-5000
richard@nhdefender.com

Mark Sisti
1st Cir Bar No. 37832
Sisti Law Offices
387 Dover Road
Chichester, NH 03258
TEL: (603) 224-4220
info@sistilawoffices.com

Oliver Bloom, Esq.
1st Cir. Bar No. 1211240
Lothstein Guerriero, PLLC
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
oliver@nhdefender.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail through the ECF system on July 19, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH 03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, 34755-509, at the FMC Devens, 42 Patton Rd, Devens, MA 01434.

*/s/Richard Guerriero*
Richard Guerriero