# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

UNITED STATES

    v.      No. 23-1839

IAN FREEMAN

## MOTION TO EXTEND DEADLINE TO FILE CORRECTED BRIEF AND APPENDIX

Appellant, Ian Freeman, through counsel, moves to extend the deadline to file a corrected brief and appendix by 7 days to July 30, 2024.

Freeman tendered his brief and appendix on July 3, 2024. The Clerk issued an Order on July 16, 2024, which, in part, noted the substance of Local Rule 28 regarding addendums to briefs and stated that, "Additional materials submitted in the addendum exceed the 25 page limit." The same order required Freeman to file a corrected brief and appendix today, July 23, 2024.

On July 19, 2024, Freeman filed a motion seeking amendment of the July 16, 2024 Order to allow an expanded addendum because 130 of the 134 pages of the proposed addendum are "judgments, decisions, rulings, or orders appealed from," which are required under Rule 28 to be in the addendum. The Government assented to that motion.

1

The Court has not yet ruled on Freeman's motion to allow the expanded addendum. Freeman asks that the deadline for him to submit a corrected brief and appendix be extended to allow the Court to rule on the pending motion.

Counsel for Freeman requested assent from counsel for the Government prior to filing this motion but has not yet received a response.

WHEREFORE, Appellant respectfully requests that this Court extend the deadline for him to file his corrected brief, with addendum, and the joint appendix, to July 30, 2024.

|  |  |
|---|---|
| Dated: July 23, 2024 | Respectfully submitted by<br>Counsel for Appellant Ian Freeman,<br><br>*/s/Richard Guerriero*<br>Richard Guerriero<br>1st Cir. Bar No. 1164673<br>Lothstein Guerriero, PLLC<br>Chamberlain Block Building<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>Tel: (603) 352-5000<br>richard@nhdefender.com<br><br>Mark Sisti<br>1st Cir Bar No. 37832<br>Sisti Law Offices<br>387 Dover Road<br>Chichester, NH 03258<br>TEL: (603) 224-4220<br>info@sistilawoffices.com |

Oliver Bloom, Esq.
1st Cir. Bar No. 1211240
Lothstein Guerriero, PLLC
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000
oliver@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail through the ECF system on July 23, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH 03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, 34755-509, at the FMC Devens, 42 Patton Rd, Devens, MA 01434.

*/s/Richard Guerriero*
Richard Guerriero