UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES

    v.        No. 23-1839

IAN FREEMAN

AMENDMEDNT TO MOTION TO EXTEND DEADLINE
TO FILE CORRECTED BRIEF AND APPENDIX

    Appellant, Ian Freeman, through counsel, moved on July 23, 2024, to extend the deadline to file a corrected brief and appendix by 7 days to July 30, 2024, so that the Court might rule on Freeman's request to submit an expanded addendum. At the time the Motion to Extend was filed, Freeman had not received a response from the Government – Appellee regarding its position. Counsel for the Government, Assistant United States Attorney David Lieberman, has now responded that the Government assents to the requested extension (in addition to the request to file an expanded addendum).

    WHEREFORE, Appellant respectfully requests that this Court note the Government's assent and extend the deadline for him to file his corrected brief, with addendum, and the joint appendix, to July 30, 2024.

1

| | |
|---|---|
| Dated: July 25, 2024 | Respectfully submitted by<br>Counsel for Appellant Ian Freeman, |
| | */s/Richard Guerriero*<br>Richard Guerriero<br>1st Cir. Bar No. 1164673<br>Lothstein Guerriero, PLLC<br>Chamberlain Block Building<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>Tel: (603) 352-5000<br>richard@nhdefender.com |
| | Mark Sisti<br>1st Cir Bar No. 37832<br>Sisti Law Offices<br>387 Dover Road<br>Chichester, NH 03258<br>TEL: (603) 224-4220<br>info@sistilawoffices.com |
| | Oliver Bloom, Esq.<br>1st Cir. Bar No. 1211240<br>Lothstein Guerriero, PLLC<br>39 Central Square, Suite 202<br>Keene, NH 03431<br>Telephone: (603) 352-5000<br>oliver@nhdefender.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was forwarded by electronic mail through the ECF system on July 23, 2024, to Assistant United States Attorneys David Lieberman, Georgiana MacDonald, and John Kennedy, of the United States Attorney's Office, 55 Pleasant Street, 4th Floor Concord, NH

03301. A copy of the motion was mailed by U.S. Mail to Appellant, Ian Freeman, 34755-509, at the FMC Devens, 42 Patton Rd, Devens, MA 01434.

                                        */s/Richard Guerriero*
                                        Richard Guerriero