# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

**ORDER OF COURT**

Entered: July 26, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Ian Freeman to file a brief and appendix be enlarged to and including **July 31, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Oliver Bloom
Richard C. Guerriero Jr.
John J. Kennedy
David M. Lieberman
Georgiana MacDonald
Michael T. McCormack
Mark L. Sisti