# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

**ORDER OF COURT**

Entered: August 6, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant Ian Freeman's assented-to motion to file oversized addendum, the motion is <u>denied as moot</u>.  The brief and appendix tendered on July 31, 2024 have been accepted for filing, and the addendum to that brief is not oversized.


By the Court:

Maria R. Hamilton, Clerk

cc:
Michael T. McCormack
David M. Lieberman
Georgiana MacDonald
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero, Jr.
Ian Freeman
Oliver Bloom