UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

No. 23-1839

———————————

UNITED STATES OF AMERICA,
Appellee,

v.

IAN FREEMAN,
f/k/a Ian Bernard,
Defendant-Appellant.

———————————

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE BRIEF
### (Assented To)

The United States respectfully moves this Court to enter an order extending the due date for its response brief by an additional 31 days, to **Monday, September 30, 2024**.[1] In support of this motion, the government states the following:

1. Defendant Ian Freeman appeals the final judgment in this criminal case. After an 11-day trial, Freeman was convicted of conspiracy to operate an unlicensed money-transmitting business, in violation of 18 U.S.C. § 371; operating an unlicensed money-transmitting business, in violation of 18 U.S.C.

———————————

[1] A 30-day extension would result in a Sunday filing deadline.

§ 1960(a), (b)(1)(B), and (C); money-laundering conspiracy, in violation of 18 U.S.C. § 1956(h); and four tax-evasion counts, in violation of 26 U.S.C. § 7201. The district court sentenced him to 96 months.  On appeal, Freeman contends that his conduct in selling Bitcoin is not subject to prosecution under 18 U.S.C. § 1960.  He further contends that the trial evidence failed to prove tax evasion and that he was entitled to a new trial on all counts due to spillover prejudice from an acquitted money laundering count.  Finally, Freeman asserts that his sentence is substantively unreasonable.

2.     Freeman's opening brief was originally due March 4, 2024.  With the government's assent, Freeman obtained four extensions of this deadline and filed his opening brief on July 31, 2024.

3.     The government's response brief is presently due August 30, 2024. Given the large record and number of issues presented, undersigned counsel needs additional time to research Freeman's claims, consult with the Assistant U.S. Attorneys who handled the proceedings before the district court, and draft the government's brief.

4.     Counsel for Freeman (Richard Guerriero) assented to the government's requested relief.

5.     The Court has not scheduled this case for oral argument.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court grant the motion and extend its briefing deadline to **Monday, September 30, 2024.**

Respectfully submitted,

JANE E. YOUNG
United States Attorney
District of New Hampshire

GEORGIANA L. MACDONALD
JOHN J. KENNEDY
Assistant United States Attorneys

NICOLE M. ARGENTIERI
Principal Deputy Assistant
  Attorney General

LISA H. MILLER
Deputy Assistant Attorney General

/s/David M. Lieberman
DAVID M. LIEBERMAN
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 262-6805
david.lieberman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system and sent via transmission of Notice of Electronic Filing generated by CM/ECF system to counsel of record.


/s/David M. Lieberman