UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 23-1839

UNITED STATES OF AMERICA,
Appellee

v.

IAN FREEMAN,
f/k/a Ian Bernard,
Defendant-Appellant

### GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX

The United States hereby moves this Court for leave to file the accompanying supplemental appendix. The supplemental appendix reproduces government trial exhibits 612, 707, and 819. It also contains a computer disc with government trial exhibits 609A, 845B, 1533, and 1534, which are audio files admitted at trial and played for the jury.

Because the government's answering brief references these exhibits, the government seeks leave to file a supplemental appendix and provide these materials for the Court's convenience. The government believes that the materials will assist the Court in its resolution of the issues presented on appeal.

Respectfully submitted,

| | |
|---|---|
| JANE E. YOUNG<br>United States Attorney<br>District of New Hampshire | NICOLE M. ARGENTIERI<br>Principal Deputy Assistant<br>  Attorney General |
| GEORGIANA L. MACDONALD<br>JOHN J. KENNEDY<br>Assistant United States Attorneys | LISA H. MILLER<br>Deputy Assistant Attorney General |

/s/David M. Lieberman
DAVID M. LIEBERMAN
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 262-6805
david.lieberman@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 27, 2024, I electronically served a copy of this brief on counsel for appellant via the Court's ECF system.

Richard Guerriero
Lothstein Guerriero, PLLC
39 Central Square, Suite 202
Keene, NH 03431

                                                    /s/David M. Lieberman