No. 23-1839

# In the United States Court of Appeals for the First Circuit

———————

UNITED STATES OF AMERICA,
Appellee,

v.

IAN FREEMAN,
f/k/a Ian Bernard,
Defendant-Appellant.

———————

On Appeal from the United States District Court
for the District of Massachusetts
No. 1:22-cr-10141

———————

## SUPPLEMENTAL APPENDIX

———————

JANE E. YOUNG
United States Attorney
District of New Hampshire

GEORGIANA L. MACDONALD
JOHN J. KENNEDY
Assistant United States Attorneys

NICOLE M. ARGENTIERI
Principal Deputy Assistant
  Attorney General

LISA H. MILLER
Deputy Assistant Attorney General

DAVID M. LIEBERMAN
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 262-6805
david.lieberman@usdoj.gov

## TABLE OF CONTENTS

**Title** **Page**

Gov't Ex. 612: Freeman Chat ................................................................... 1

Gov't Ex. 707: Freeman Email to TD Bank (excerpt) ..................................... 2

Gov't Ex. 819: Freeman Telegram Chat ....................................................... 4

Gov't Ex. 609A Undercover Recording ..................................................... disc

Gov't Ex. 845B: Signal Audio Message .................................................... disc

Gov't Ex.1533: Free Talk Like Audio Clip ................................................ disc

Gov't Ex.1534: Free Talk Like Audio Clip ................................................ disc

Ian Freeman
Document: 00118195555    Page: 3    Date Filed: 09/27/20

GOVERNMENT
EXHIBIT
612
21-cr-41-JL

Only suckers pay tax on crypto

Also, how was the obligation to pay taxes created in the first place? I'd like to see where I opted in, cause I didn't, unless it was under duress.    13:21

S.App. 1

| | |
|---|---|
| **From:** | Ian Freeman <ian@freetalklive.com> |
| **Sent:** | Wednesday, October 2, 2019 6:19 PM |
| **To:** | kathleen.beshey@td.com |
| **Cc:** | Colleen Fordham |
| **Subject:** | Investigating the $16,100 deposit from Bruce Blamire & Jessica Alewine |
| **Attachments:** | Contact-50681524-attachment-272554867.jpg; Contact-50681524-attachment-272536432.jpg; Contact-50681524-attachment-272535213.jpg; Contact-50681524-attachment-272536096.jpg; Contact-50681524-attachment-272535932.jpg; Contact-50681524-attachment-272557147.jpg; Contact-50681524-attachment-272559399.jpg; Contact-50681524-attachment-272557868.jpg; Contact-50681524-attachment-272560211.jpg; Local Bitcoins_classicpaul.png |

Kathleen,

Thank you for the time today.  Sorry I couldn't send this before your day ended, but I just got back to the office.

As we'd discussed, Colleen Fordham is a contracted payment processor who assists me, as part of my church mission, in selling Bitcoin online to buyers around the country.  You can see that her account has had very few issues over the last year and that is because we are very careful about identifying customers and putting them through security and ID verification procedures that prevent various types of fraud, including the Man In the Middle attack.

However, very rarely, someone cooks up a scam we've never seen before.  I suspect this situation with Bruce Blamire and Jessica Lee Alewine is just that.

The account on localbitcoins.com that opened a trade with Colleen and I is named "classicpaul".  You can see it here: https://localbitcoins.com/p/classicpaul/

The LocalBitcoins.com site shows me a little more information about the account, since we had an open trade together.  I'm attaching a screenshot of that.  The contact-X-attachment-X photos are the photos sent to me during the trade by whoever was operating the account.  As you can see from the LocalBitcoins.com_classicpaul screenshot, the name registered on the account is Jessica Lee Alewine.

If you care to see it, I can show you the interactions I had with the account during the trade, but the summary is this:  they opened a trade, and as a new customer to me, I had them jump through my KYC hoops including showing ID and holding a note, dated and signed, that shows clearly the individual is aware they are purchasing Bitcoin.  This avoids the man in the middle scam where a victim is told by the scammer they're buying a car or something and then gets nothing.  After the deposit was made, you can see the photos of Bruce holding the TD receipt which has been written on explaining that there are no refunds and that the purchase was for Bitcoin.  If the person shows the upfront note and the receipt with the required words, it's a pretty sure thing they are not the victim of a scam.  Bruce was clearly aware he was buying a large amount of Bitcoin.

Once I was made aware of the $16,100 being frozen by TD, I did a reverse phone lookup for Ms. Alewine and called her Thursday at 4:58pm at the first number I found for her on Whitepages.com - to which I am a paid subscriber, so I can get people's cell phone numbers in the rare case I need to dig up information on a suspicious trade.  Ms. Alewine's number is 603-███████.

1

She answered the phone, sounding kind of out-of-it.  I told her I was investigating the $16,100 deposit that Bruce made that week and that I'd heard that she had raised some kind of issue with the deposit (this is what Colleen's understanding of the situation was on Thursday after she'd first spoke with you).  Ms. Alewine denied having any kind of issue with the transaction, saying they were buying bitcoin for someone they know overseas in the military.  I have no idea if the military story of hers is true, but regardless, she admitted that she was buying bitcoin and said she had Bruce conduct the transaction because she did not have her ID.  She claims she went to the hospital the next day after the transaction and that she was still there and I did hear some beeping in the background.  She then asked me how much time she would be going to jail for.  I'm not sure why she asked me that, perhaps because I told her I was investigating the incident, or perhaps that in whatever state of mind she was in at the time, she knew that she has been caught in an attempt at fraud.  I told her she's not in trouble at this time and thanked her for confirming she was indeed aware she was buying bitcoin.  She said that she was present with Bruce at the TD branch when he made the deposit.

So we have clear evidence of a legitimate $16,100 sale of a digital product, and that product was delivered to the buyer, the account named "classicpaul".  At the time, they had provided all the required photos and everything seemed to be completely normal.  It was a little unusual for the account to be in one name and then another person be the one showing ID, but it's not unheard of.  As long as they jump all the hoops, it's almost always totally fine.

If Ms. Alewine would like her $16,100 back, we would need back the 1.499 BTC that she and Bruce purchased.  However, I suspect she doesn't have the BTC, as she said she'd sent it to the supposed military guy overseas.  So I'm sure she'd like the $16,100 back and that she's trying to scam the other institution and subsequently TD bank in order to get it.

If this money is taken from Colleen's account, she and I will become the victims of this scam, and Ms. Alewine would end up with both the money and the BTC she ordered with it.

I would be happy to answer any questions you have about this matter and have cc'd Colleen on this email so please do reply all when you write back.

You had mentioned the other financial institution had only called you and had not actually sent anything in writing.  I'm curious as to what they are claiming was told to them, because we should have all the evidence we need to prove our involvement was as honest sellers of Bitcoin.  My seller's account has over 3,000 transactions in three years with 100% feedback and has traded with nearly 2,000 different people.  You can see my reputation on the LocalBitcoins site here:  https://localbitcoins.com/accounts/profile/FTL_Ian/

Thank you for your time and attention to this matter and please let me know if I can better help you understand what has happened here.

All the best,
Ian Freeman
Shire Bitcoin
603-███████



> **From: 44366452 Renee Kate (owner)**
> But idk about this guy
> **Status:** Sent
>
> 10/18/2017 8:15:45 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0xAD18A8 (Size: 36081664 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x2575CB (Size: 10485760 bytes)

> **From: 44366452 Renee Kate (owner)**
> Probably ripping someone off
> **Status:** Sent
>
> 10/18/2017 8:15:53 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0xACFFD7 (Size: 36081664 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x2575CB (Size: 10485760 bytes)

**From:** 44366452 Renee Kate (owner)
Or just dumb
**Status:** Sent
10/18/2017 8:15:56 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0xACFF8B (Size: 36081664 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x2575CB (Size: 10485760 bytes)

**From:** 33344822 Ian
? I'll take a look
10/18/2017 8:16:03 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0xACFF3C (Size: 36081664 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x2576A6 (Size: 10485760 bytes)

**From:** 33344822 Ian
heh, how many brendas say "bro"?
10/18/2017 8:18:26 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0xACFEDD (Size: 36081664 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x2576A6 (Size: 10485760 bytes)

**From:** 44366452 Renee Kate (owner)
Good point lol
**Status:** Sent
10/18/2017 8:19:11 PM(UTC+0)

Source Extraction:
Physical
Source Info:
data/Root/data/org.telegram.messenger/files/cache4.db : 0xACFE91 (Size: 36081664 bytes)
data/Root/data/org.telegram.messenger/files/cache4.db-wal : 0x2575CB (Size: 10485760 bytes)

Government Trial Exhibits 609A, 845B, 1533, 1534

on disc affixed to back cover

## CERTIFICATE OF SERVICE

I certify that on September 27, 2024, I electronically served a copy of the government's Supplemental Appendix on counsel for appellant via the Court's ECF system.

    Richard Guerriero
    Lothstein Guerriero, PLLC
    39 Central Square, Suite 202
    Keene, NH 03431

                                            /s/David M. Lieberman