# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

### ORDER OF COURT

Entered: October 2, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Appellee United States' motion for leave to file a supplemental appendix is granted, and the tendered supplemental appendix is accepted for filing on this date.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael T. McCormack
David M. Lieberman
Georgiana MacDonald
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero Jr.
Oliver Bloom