

**U.S. Department of Justice**

Criminal Division

---

*Appellate Section*　　　　　　　　　　　　　　　　　*Washington, D.C. 20530*

October 19, 2024

<u>Filed Electronically</u>

The Honorable Anastasia Dubrovsky
Clerk of Court
U.S. Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

　　　Re:　*United States v. Ian Freeman*, No. 23-1839

Dear Ms. Dubrovsky:

　　　I write to advise the Court that I am scheduled to present oral argument in *United States v. Lloyd Cruz, Jr.*, No. 23-3064 (D.C. Cir.), on December 3, 2024, in Washington, D.C. I respectfully request that the Court not schedule oral argument in this matter on December 2 through 4, 2024.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　/s/ David M. Lieberman
　　　　　　　　　　　　　　　　　　David M. Lieberman
　　　　　　　　　　　　　　　　　　Appellate Section
　　　　　　　　　　　　　　　　　　Criminal Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　950 Pennsylvania Ave., NW Room 1264
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 262-6805

CC:　Daniel Toomey, Calendar Clerk
　　　Richard Guerriero, Jr., Esq.