# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

**ORDER OF COURT**

Entered: January 27, 2025

Appellant Ian Freeman has filed an opposed motion for bail pending appeal. The motion may be addressed at argument, and decision on it is reserved to the panel that decides the merits of the appeal.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael T. McCormack
David M. Lieberman
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero Jr.
Ian Freeman
Oliver Bloom