# United States Court of Appeals
## For the First Circuit

---

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN,

Defendant, Appellant.

---

**JUDGMENT**

Entered: July 29, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Ian Freeman's conviction and sentence are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael T. McCormack
David M. Lieberman
John J. Kennedy
Mark L. Sisti
Richard C. Guerriero Jr.
Ian Freeman
Oliver Bloom