# United States Court of Appeals
## For the First Circuit

No. 23-1839

UNITED STATES,

Appellee,

v.

IAN FREEMAN, f/k/a Ian Bernard,

Defendant - Appellant.

**MANDATE**

Entered: September 30, 2025

    In accordance with the judgment of July 29, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Oliver Bloom
Ian Freeman
Richard C. Guerriero Jr.
John J. Kennedy
David M. Lieberman
Michael T. McCormack
Mark L. Sisti