# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

December 29, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

   Re: Ian Freeman, fka Ian Bernard
     v. United States
     No. 25-762
     (Your No. 23-1839)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on December 22, 2025 and placed on the docket December 29, 2025 as No. 25-762.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Pipa Fisher
      Case Analyst